Nathan Caetano and NATHANIEL DWAYNE CAETANO/#AIOOO2
Name and Prisoner Booking Number

California Substance Abuse Treatment Facility.
Place of Confinement

6900 Quebec Avenue
Mailing Address

Corcoran, California  [93212]
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**

**Jun 07, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Nathaniel Dwayne Caetano, real Private Man
Full Name of Plaintiff)          Plaintiff,

v.

(1) Board of State and Community Corrections
Full Name of Defendant)

(2) Robert Presley Center of Crime and Justice Studies,

(3) Theresa Cisneros

(4) COUNTY OF KIngs
                                Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **1:22-cv-00687-SKO(PC)**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**
JURY TRIAL DEMANDED
☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

   ☐ Other: _____.

2. Institution/city where violation occurred: _____.

Revised 3.15.2016

page  1  of 25

## B. DEFENDANTS

1. Name of first Defendant: _Nacora Soboleski_ _____ . The first Defendant is employed as:
   _Court Executive Officer_ _____ at _kings County Superior Court_
   (Position and Title)                                      (Institution)

2. Name of second Defendant: _Co. of kings, Superior Court_ . The second Defendant is employed as:
   _Suing the Court itself_ _____ at _Government Center, 1400 W. Lacey Blvd_
   (Position and Title)                                      (Institution)

3. Name of third Defendant: _Theresa Cisneros_ _____ . The third Defendant is employed as:
   _warden CSATF·SP Corcoran_ _____ at _CSATF·SP Corcoran_
   (Position and Title)                                      (Institution)

4. Name of fourth Defendant: _____ . The fourth Defendant is employed as:
   _____ at _____
   (Position and Title)                                      (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?        ☒ Yes        ☐ No

2. If yes, how many lawsuits have you filed? _10_ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _CAETANO (OTM-R_ _____ v. _Peery -HDSP Warden_
      2. Court and case number: _unknown· CA Supreme Ct. Writ of HC_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         _AEDPA  CA Supreme Ct - time barred_

   b. Second prior lawsuit:
      1. Parties: _CAETANO (O)TM-R_ _____ v. _Peery_
      2. Court and case number: _unknown - E.D Cal.-US. Dist. Ct· Writ of HC_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         _AEDPA - time barred_

   c. Third prior lawsuit:
      1. Parties: _CAETANO (O)TM· R_ _____ v. _CDCR Director_
      2. Court and case number: _9th Cir. appealing (b) above:_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         _AEDPA — time barred._

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

1   continued                    C. PREVIOUS LAWSUITS

2   (d). Fourth prior lawsuit

3           1. Parties: CAETANO COTM-R   v.   CDCR Director

4           2. Court and case no.  US Supreme Ct. - unknown

5           3. Result: unaccepted

6   e. Fifth prior lawsuit

7           1. Parties: CAETANO COTM-R   v.   Cisneros

8           2. Court and case no: Kings Co Superior Ct.  unknown - Kathy Ciuffini, judge

9           3. Result: I forget

10  f. Sixth prior lawsuit

11          1. Parties: CAETANO COTM-R   v.   Cisneros

12          2. Court + Case no.  Kings Co. Superior Ct: 21W-0171A

13          3. Result. Judge Giuliani - denied it - breaking Oath in process

14  g. seventh prior lawsuit.

15          1. Parties: CAETANO COTM-R   v.   Cisneros

16          2. Court and case no: Fifth District of Ct. unknown because it disappeared. They

17              just never filed it. Illegally.

18          3. Result: I don't know it just illegally wasn't filed.

19  h. Eighth Prior Lawsuit

20          1. Parties: CAETANO COTM-R   v.   Cisneros Kings Co Sheriff et al.

21          2. Court and case no.:  Eastern Dist. of Cal.  1:22-cv-00222-JLT-BAM

22          3. Result. Refused to hear - Appealed to Ninth Cir. - Writ of Mandate

23

24

25

26

27

28

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _Due Process in not filing Writ of Habeas Corpus, and in not issuing the writ Forthwith per 28 usc §2243_

2. Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.
- ☐ Basic necessities
- ☐ Disciplinary proceedings
- ☐ Excessive force by an officer
- ☐ Mail
- ☐ Property
- ☐ Threat to safety
- ☒ Access to the court
- ☐ Exercise of religion
- ☐ Other:
- ☐ Medical care
- ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

First I mail writ 22w-00454 on Mon. 25 April 2022, and it was postmarked 2 May 2022 so it took CSATF 8 days to even mail the letter "dated" 25. Mona Chavarria filed the writ on 4 May 2022. On 27 April 2022 I filed 8 exhibits and (2) two Motions with a cover letter that specifically cited they were in support of the 22w-00454 writ (yet not by # because they hadn't yet filed it) and she returned it Feigning ignorance saying to file a writ on form HC-001 the issue here of obstructing justice and Access to the courts because §2243, usc 28 states a writ is to be Awarded Forthwith (Immediately) the return w-thin 3 days then hearing within 5 days. So 8 days total. Mona Chavarria intentional, violating Sec. 5403 for not filing the dec. committed a crime violating My Due Process. CA-PC 81473 says the writ of HC is to be endorsed by the Judge w/ day and time and issued unless for good cause. My issue in the writ is simple. It challenges admissability if the fake DNA evidence that caused the no contest plea. The DNA evidence being Doctorate/Masters Degree level scientific evidence there is no way for a lay person to know the patented kit kits (licences), or just producing that manufacturers "version" of the DNA. Therefore false evidence. The Ct has to show good cause to not issue the writ forthwith. I requested per Local Rule 580 expedited hearing because CA-PC 81476. Req. the Petitioner Admittance to Bail. The issue here is kings County has its Clerk are responsible for the lies and their Due Process violations. Nathaniel Dwayne Caetano, real man, entering Over of Attorney into 22w-00454's record am attorney of record and demanded/demands to personally be present at the 580 hearing because PC 81476 Bail is also immediately requested that SF28 for the defendant will be presented for immediate release and kings County Due Process violations are injuring Nathaniel Dwayne Caetano.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

The Kings Co. superior court has been lying and obstructing justice for year now. Due Process violations are costing days and state and federal gov. allow fees to be paid by days incarcerated so even one day is more than $21 equals I have right to a jury trial. Lost revenue as free man over $21 because of these Due Process violations.

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim I?   ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _this is between 2 and a free world entity so there are no "administrative remedies."_

I added CSATF and present Ex. B003 that the 602 process is a farce and sham and is used merely as a delay tactic and I want a jury trial to rule the 602 process itself is a Due Process Violation

4 of 25

## CLAIM II

1. State the constitutional or other federal civil right that was violated: This second claim is because the writ I filed wasn't even mailed until 2 May, 8 days eventhough CSATF picks up and mails mail everyday. A coordinated effort to there 18 USC §241 caption

2. Claim II. Identify the issue involved. Check only one. State additional issues in separate claims.
   - [ ] Basic necessities
   - [x] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Like I said the envelope that had the writ in it w/ the Certified Trust Statement was mailed 25 April yet is postmarked the next "week". It's ridiculous. Its part of this "fake" facility that's being forced upon Me illegally by My captors. Another Proof is this PIA HFM "incarcerated staff" scheme where supposedly "inmates" were hired to work as janitors yet the inmate that was disabled, one sarcagoia was in transitions an assignment he could not be taken out of. Young was in DRP an mandatory assignment for his Subasin mate the Ramirez the program officer along w/ Vognt who were all previous "workers" for the government to begin with. The video footage will show there were only called on Fri. 13 May when they were supposed to do 3 days of training in the gym.

Now you'll ask what does this have to do with this §1983 Lawsuit? It is because this is further proof that this "conspiracy that is injuring Me per 18 USC §241 makes all these involved inmates and staff guilty of kidnapping by fraud and My Love for God and My morals that Truth and Love are My nature mandates I admit join them nor their "fraud" because they are evil liars malicious deviants 80% + sexual deviants and I see Public Law 90-321 and 7310 am owed My freedom. The DNA evidence in My case not evidence at all; Fake "False evidence" I'm owed My freedom that way too. And so publicity and telling everyone being My Freedom of speech as a whistleblower is My Right and lastly calling as Prophet that's what? I choose. This mail is part of systemic fraud and corruption proven by ex. B003, exhausted admin remedies - General Employee Performance proving CDCR ignores these Due Process, 18 USC §241 crimes.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Their days of delaying, and I know it sounds crazy your Honor, but reality is overlaid on reality and it is like at certain times reality reoccurs and so they are purposefully delaying this here and there but it turns into weeks and months and it's there evil that is sickening. But one day offend Me a Tiny tbut.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?
      [ ] Yes [x] No
   b. Did you submit a request for administrative relief on Claim II?
      [ ] Yes [x] No
   c. Did you appeal your request for relief on Claim II to the highest level?
      [ ] Yes [x] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM III

1. State the constitutional or other federal civil right that was violated: CSATF-SP Corcoran

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [ ] Basic necessities
   - [ ] Mail
   - [x] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each** Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

This §1983 Civil Rights Lawsuit is being filed today, 17-5-2022, May unable to serve defendants because Cisneros shut GLU Law Library access down in an attempt to prevent original suits, Civil Right §1983 Lawsuits from being filed between 5-16-2022 and 5-29-2022 a gross injustice and obstruction. So this is being filed with a TRUTH AFFIDAVIT, declared under penalty of perjury. This is on top of the certified Truit Acts statements being delayed in further attempt to obstruct justice. I know Your Honor how this may sound as a non-believing Christian though Our Pledge of Allegiance states "One nation under God", therefore I be prophecy fulfillment being God and the Spiritual Laws and the proven Higgs-Boson multi-verse -and Congresses 17 May 2022 Aliens proven to exist these spiritual Laws are built on truth, as how could a prophecy even be able to be made? So if you believe in Christ you must accept what I here write. These Due Process crimes by my captives, the named defendants attempt to manipulate on what day a filing is made, and they attempt to stagger days the law library is open and say My Writ they stamped it filed May 4, yet by Mailbox law it is to be stamped 25 April the day I mailed it. Again Kings Co-, Solebit-, the Court Clerk violated that law. Next is Librarian Willard at Cisneros order is trying, and as I'm filing this yet they stagger days and times and I've presented the TRUTH AFFIDAVIT proving CDCR-its agents, hiers, assigns "to be guilty of 18 USC §241 for this is ordinated effort. This claim is on general law library users, criminally, being attempted to be prevented from filing original lawsuit as this present §1983. This one restriction plus CSATF holding My 22w-0085A Writ for eight days prior to mailing

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). is evidence.
Ex. B002 is a copy of the Writs postmark USPS yet the clerk knows the mailbox rule is the signature on the seal of the envelope. CSATF-litigations has proof the Writ was filed/mailed on 25 April. I'll reiter, it will be forthcoming. Their attempts by preventing day 8+13=21 is enough for a jury trial. Spiritually they attempted to injure Me with years of incarceration. This envelope Ex. B002, and the writ evidence by the Dec. 04, 2022

5. **Administrative Remedies.** is a Due Process vio. I had a right to haul per L.R. 580 being requested.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?
      - [ ] Yes   [x] No
   b. Did you submit a request for administrative relief on Claim III?
      - [x] Yes   [ ] No
   c. Did you appeal your request for relief on Claim III to the highest level?
      - [ ] Yes   [x] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Ex. B003 shows CDCR just ignores My appeals per ~~550~~ § 3486 (i)(10) labelling them 'Time Expired'. To be safe I have appealed it, and by "joinder" I'm attaching it to this §1983 because by Jury Trial I'll have the evidence of their crimes for the jury.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

D. CAUSE OF ACTION.

CLAIM IV.

1. State the Constitutional or other Federal civil rights that were violated.
U.S. Const., 14th Amendment Right to Life, Property and Liberty

2. Claim IV: Identify the issue involved:
Property:

3. Supporting facts: State as Briefly as possible the FACTS supporting Claim IV.
Ex. COO1, pg. 1-7, 6-7 a Truth Affidavit of the facts
is I had a package #3500147646-A that CSATF signed
for and never delivered nor returned thus stole. And to compound their
crimes they deny responsibility in the 602 #208217. This is to be
presented to a jury because is multiples by factors the punitive damages
award.

4. Injury: The package cost $88. Yet it is the humiliation, embarrassment and
the emotional injuries that are the punitive award.
The ①Actual damages, plus ②compensatory damages, plus ③"peculiar
value damages," than the "pain and suffering" punitive damages that only
a jury can award, therefore Administrative Procedures Act, Administrative
Law is not wanted. I demand a Jury of My peers to determine the
specific dollar value of My total award.

5. Administrative Remedies
a. Are there any administrative remedies available at your institution: _YES_
b. Did you submit a request for administrative relief on claim IV: _YES_
c. Did you appeal your request for relief on Claim IV to the highest level: _YES_
d. Ex. COO1 is CDCR'T exhaustion of their remedies. Its time for a Jury Trial.

7 of 25

## D. CAUSE OF ACTION

### CLAIM V

1. State the constitutional or other federal civil right that was violated: _Amendment IV, u.s Const. Unlawful seizure of Private person amounting to prisoner of war. Amend. XIV, life and Freedom/liberty._

2. **Claim I.** Identify the issue involved. Check only one. State additional issues in separate claims.

- [ ] Basic necessities
- [ ] Disciplinary proceedings
- [ ] Excessive force by an officer
- [ ] Mail
- [ ] Property
- [ ] Threat to safety
- [ ] Access to the court
- [ ] Exercise of religion
- [x] Other: _I'm am being illegally confined_
- [ ] Medical care
- [ ] Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I stated US Const., Amend. IV and XIV life and freedom/liberty. My Father named Lernard Caetano literally mean "lariot burglary = sodomy = Saddam Hussien and Kings la in Iraq. I am an American Warranted Contracting Officer being held as a prisoner of War.
1. The law and statute (Snook v Long, 241 Iowa 665) (State v. Drivers 45 NH 543) nighttime (13 Am Jed Burgl § 22; 83 ALR2d 644) defines NIGHT as a distinct "time" separate from DAY. My abstract of Judgment (EX. A) states on pg. 2 credit for Days. Days then 4 the have "Units" of time in determining "years; Holy Bible Gospel John 11:9 there are 12 hours in a day! Therefore I served "time" of over 25.084 years. But My parole date,
Merriam Websters Dictionary, ISBN # 978-0-87779-735-7 defines nighttime 1. the time from dusk to dawn; 2. a STATUTORILY SET PERIOD of time use beginning shortly after dusk and ending shortly after dawn
CA. Gov Code § 6807 defines Daytime as period of time between sunrise and sunset.
"Nighttime": is the period of time between sunset and sunrise.
I'm including (4) four pages showing the F.B.I. cal. changed the case no 1:22-cv-00222-JLT-BAM to 1:22-cv-00261-JLT-BHK. To cover this up being illegal niggers and real piece of shit

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I am owed 12.5 year credit for having served "eighth". I've served 25.084 years. There are ML Four (4) different ways why I'm supplied to be free today. I'm super fucking pissed I deserve to be immediately released NO BPH hearing. No governor review. This is fucking IRAQ and I'm an american prisoner of war and have Right for American military to come rescue Me.

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   [ ] Yes [ ] No

   b. Did you submit a request for administrative relief on Claim I?   [ ] Yes [ ] No

   c. Did you appeal your request for relief on Claim I to the highest level?   [ ] Yes [ ] No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _This is Iraq and the inmates the guards everyone is guilty of US 18 USC §241 giving Me life sentences for kidnapping by fraud_

## CLAIM # V/

1. State the constitutional or other federal civil right that was violated: _U.S. Const, Amend. V and XIV. Life and liberty._

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: _Prop. 57 states I was to have a_
   - ☐ Medical care
   - ☐ Retaliation
   _BPH hearing after 4 years._

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _The way prop. 57 is worded 2nd degree murder is an "enhancement" of the base event of "homicide" Involuntary Manslaughter is a "non-violent" crime. Elements have to be proven to "enhance" the "crime" to manslaughter, murder, etc._
   _I filed (Ex. B) a Motion in 2016 (writ of Habeas Corpus) Kings County Superior Court Judge at that time, Steven D. Barnes ruled it was a CDCR issue. I don't have the decision of that not the BPH. I submitted last month that CDCR it not their issue and to appeal to the correct "official.")_
   _The sentencing court (State of CA) says they can't do anything. My captors are refusing to acknowledge the plain fucking truth. Involuntary Manslaughter's base full term is 4 years. the fact remains this environment is fake I claim now I proved My Father was the real Saddam Hossein. Next is USATF murder (ameras) phone # (559) 992 -5507 , My PID# H073692. The ones are fives and the 3 and six are added. Next using the one-5 they have this gay/guy playing "Fabian Saraguia = Attorney General Ron Bonta in Al-A- 1-5in yet Im in Al-A-1-1in so the one and five are interchangeable. I was born @ 450 Greenfield Ave. 45 energy field._

   _Look your Honor I'm being left with no non-violent options here. I'm being forced against My will here, House Joint Resolution -192 allows Me to AVV My C9(M3857 judgment that I've done._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _I'm being illegally detained because Miles West water wants My Plutonium creating Cement/gold coins Jet- Trailways. He thinks he by voluntary choosing to have Me that he has some Right to demand from Me, yet Iam a free will independent and this will be respected._

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II?   ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Yes, It's in Sacramento w/ our speak and in CA-Supreme Ct as I've raised it there in a writ of Habeas Corpus too._

CLAIM 第 VII

1. State the constitutional or other federal civil right that was violated: _Anima Curie Brief in the name of Jackeline Andrade, 'Al-Jazeera journalist SHIREEN ABU ALLEH, the guard who helped the Illinois inmate escape._

2. Claim III. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☒ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_Ms. Jackeline Andrade was a penpal of mine who showed kindness compassion and true love by providing me the means to get out from under the malicous deception of Denise Coetane and Cliff Burke by providing Me the info on My Strawman Bond. My CA CERTIFICATION OF VITAL RECORD # 104-90-343027-1608-172) was used by the U.S gov. taking its first 10-digits as the Registration of this security/Bill of Lockup "104 803 4302" Had a Bond was created and is held in Fund Number: CO704, Fidelity Life Small Cap Fund, CUSIP number 31580538Z with a value of $43,700,000,00 USD, .999 Silver dollars, par value in gold, this is an undeniable FACT and TRUTH Because Jackie gave Me this info I shamelly told My mom about it and she had Jackie, SHIREEN ABU ALLEH murdered, I'm adding this as a memorium to her because she did NOTHING absolutely fucking NOTHING wrong and denise deserves to sit in a cement, concrete, steel prison like I have for 25+ years._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_I lost the companyship of a true patriot and defender of the faith, truth and justice, where these sodomites and treasonness traitors on My land as yesterday I served/Filed My Accepted for Value CLB._

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _I did yet its a farce and sham. I've twice this year had 602's be deemed "time-expired" for the CDCR taking to long to decide that is a means for them to just delay, obstruct justice and not answer and based on this due process violation availablity_

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.
_I have a Constitutional Right to be rescued immediately. Extraction is in order._

10 of 25

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I want a Jury Trial as is My Right because these delays amount to more than 82T in lost earnings all claim due I had to do with King's County "Stamping" Judge Reinharts name on it in place of wet-ink signature endorsement a further violation of the law to letter was produced by the clerk. The Judge illegally wasn't even given My writ of Habeas Corpus at PC§1473 requires another injury. These practices by King's Co. Superior court are illegal pursuant to CA law. I want a Jury Trial to expose all of these fraudulent corrupt practices by said Courts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___15 May  2022___
                    DATE

Nathaniel Duwayne Captain  A.6.BVT
SIGNATURE OF PLAINTIFF
Attorney-In-Fact

___Nathaniel Duwayne Captain___
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

Nathaniel Duwayne Captain, Attorney-In-Fact (See Power of Attorney #122380-NDC-4
(Signature of attorney, if any)                              #122380-NDC-26
C/o 900 Quebec Avenue
Corcoran, California Republic [Tax exempt per D.U.M 122.32]
Non-Domestic Without, USA

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

1. I, Nathaniel Dwayne Caetano (fee Hereafter Ndc), Private Man, and Private "state" Citizen, of
2. the California Republic (5 California Reports 300 (1855), Lansing v. Smith 21 D. 89, Cross v. Board of Supervisors
3. of Elections, 221 A.2d 431 (State Citizen does not mean Federal Citizen) using the distinct Upper-Lower case spelling
4. of My proper noun Appellation given at birth, distinctly different than the Ens Legis, Juridical Person, Trust and 26 USC
5. § 7701(30)(C) "United States person" means (C) "a domestic corporation" . NATHANIEL DWAYNE CAETANO(UTM-R,
6. that is a Transmitting Utility, by Private Security Agreement #122380:NDC-1 is the Exact reproduction of the Trademark
7. of this Legal Entity, that Common Law Copyright Notice #122380:NDC-2, and Power of Attorney #122380-NDC-4,
8. and California General Durable Power of Attorney #122380-NDC-26, Grants I, Ndc, Exclusive use of NATHANIEL
9. DWAYNE CAETANO(COTM-R (NDC(COTM-R) as Agent and Attorney-in-Fact, WHEREBY, I, Ndc, now
10. come before this Court making a SPECIAL APPEARANCE, exposing the issue "Publicly" of the Civil
11. Right Violations being committed that are daily causing irreparable harm to I and My client and
12. thereby the debtors who are causing the injuries. The debtors and their actions will herein be listed
13. as a True Bill. Itemization/Invoice. I, Ndc, having "Registered" the Trademark NATHANIEL DWAYNE
14. CAETANO(COTM-R, for NDC-COTM-R, with the CA-SOS, being the first-step that will also include Registration
15. upon the "Principal Register" maintained by the U.S. Patent and Trademark Office and the International
16. Register maintained by the International World Bureau of Intellectual Property thereby world-wide
17. protection within all "Contracting Parties" of the MADRID Protocol Treaty signed by the United States
18. of America (USA representing the originally constituted Republic, united states of America). NDC(COTM-R
19. being by definition a Massachusetts Trust, unincorporated corporation, under this simple definition of
20. "corporation" at 15 USCA (United States Code Annotated) Section 44.

21. It shall also be stated for the record, and Judicial Notice taken of that this Eastern District
22. of California, United States District Court is no longer even an Article III Court, inferior to the One
23. Supreme Court of the USA but a quasi-Article I "creation" of Congress of the Corporation known
24. as "District of Columbia", incorporated February 21, 1871. "It is well settled that 'United States'
25. et al is a corporation, originally incorporated Feb. 21, 1871, under the name of "District of Columbia",
26. 16 Stat. 419, Chapter 62. It was reorganized June 11, 1878, a bankrupt organization per House
27. Joint Resolution 192 on June 5, 1933 (Public Law 73-10), Senate Report 93-549 and Executive Orders
28. 6072, 6102, and 6246.

§1983, 18 USC §241 Lawsuit #122380-NDC-

12  of  25

1   In re Merriam 36 NE 505, 141 NY 479, affirmed 16 S. Ct. 1073, 163 US 625, 41
2   L Ed. 287 - "The federal United States is a foreign corporation in respect to a "state".

3   31 CFR Ch. 1, 51. 2(g) State government means the government of the 50 State [capital "S"]
4   governments or the District of Columbia.

5   District of Columbia is. Class, 103 US 705, 26 L.Ed. 455- The Federal U.S. is a "For
6   profit corporation".

7   Therefore the Federal U.S. being a for profit corporation, by its XIV Amendment created the
8   federal "citizen", "person = corporation", whereas there were only sovereign "state" citizen prior and
9   by the 1921- Shepport-Towner Maternity Act created the birth "registration"; This act was
10  determined to be unconstitutional (Commonwealth of Massachusetts vs. Mellon, Sec. of the Treasury, et al).
11  U.S. citizen and its children looked at as "Human Resources" that the "Buck Act of 1940", involved the
12  Sovereign states pledging their citizens as collateral for the Public Debt repayment that I will here
13  ask this court to take Judicial Notice of HJR-192, P.L. 73-10.

14  Specifically this clause "(a) every provision contained in or made with respect to ANY
15  OBLIGATION which purports to give the obligee a right to require payment in gold or
16  A PARTICULAR KIND OF COIN OR CURRENCY, or "IN AN AMOUNT" in money of the
17  United States measured thereby, is declared to be against public policy, and no such provision shall
18  be contained in or made with respect to any obligation hereafter incurred."
19

20  Now Your Honors a court Judgment, take 09CM3557, and its "debt", you see those three words
21  above "IN AN AN AMOUNT" means a debt cannot be required to be paid in substance. Not one
22  penny. This is not being "argued", it is being Judicially Noticed as Truth and Law (Public Law 73-10).
23  Now that its taken 2 pages to introduce the legal standing upon this Special Appearance is being
24  made the issue herein are Civil Right violations are brought pursuant to 31983 and are in fact
25  the Public declaration, by Affidavit, under the penalty of perjury of the 18 USC § 241 crimes being
26  committed upon I, Ndc, and My client, NDC-COTM-R.

27  1) On April 25, 2022 I, Ndc filed a Petition for Writ of Habeas Corpus Ad Subjiciendum
28  for NATHANIEL DWAYNE CAETANO COTM-R and the 09CM3557 Judgment under California's
    31983, 18 USC §241 Lawsuits # 122380-NDC-

                                    13  of 25

1. PC §1473(B)(2) "false evidence" that was thought to be factual in 2011 that caused the no contest plea
2. that is in fact "inadmissable evidence": this inadmissable evidence being the DNA identification on
3. the face of the Charging document presented by the Kings Co. DA, in Dept. 2's arraignment after
4. unconstitutional "preliminary hearing" that itself violates the V Amend, U.S. Constitutions requirement
5. that a Grand Jury indictment is required to even "try" a person on a capital crime, i.e. "murder".
6.    2) 28 USC §2243 declares the time requirements in which a Writ of Habeas Corpus is to be
7. prosecuted under. It states a judge shall "Forthwith" issue the writ. Forthwith means immediately.
8. Then the custodian, (in 22W-0085A Theresa Cisneros) has (3)three days to respond(5 days if
9. over 10 miles, 10 days if over 20 miles, where Corcoran is about 20 miles from Kings Co.'s Hanford
10. courthouse) and then within (5) five days of the after the return a hearing is to be set, with
11. the production of the body (Walker v. Johnsen (1941) 312 US 275) mandated.
12.    Per Kings County Superior Court (KCSC) Local Rule 111 all criminal in-custody doc. will be
13. filed the day they are received. The Writ at issue here, 22W-0085A was mailed 25 Apl 2022,
14. and with Hanford and Corcoran both being in Kings County, per USPS regulations it processed as
15. local mail so it had to be received within 3 days. CA-PC§1476-Endorsement of Petition requires
16. the judge to whom the petition is presented to endorse the day and time, it is received.
17.    No USA "state" can impose a law, rule or regulation that imposes upon My clients Constitutional Rights.
18. In this case the time of prosecution of 28 USC §2243.
19.    **3) The first Civil Right violation of NDC(UTMR Right to Life and Liberty is as the enclosed
20. evidence that KCSC didn't even file the writ, 22W-0085A until, 4 May 2022 a full 10 days
21. after mailbox rule of filing. When the court per USPS regulations they must have received it on the
22. 27, or 28 Apnl so why this illegal, Title 18 USC 241 delay?
23.    4) Next is this was done by MONA Chavarria, real woman, Deputy clerk. Now because
24. the writ had to be mailed on Mon. 25 Apnl because that was the final day the Certified Trust Acct.
25. Statement would be held, it was filed without ability to make copies because Law Library closure,
26. so I, Ndc, filed the FW-002 Waiver of Additional Fees for copies of the Writ to be made and
27. served by the Sheriff-KC, that Mona Chavarria in the enclosed evidence states she says "the
28. court doesn't serve parties on your behalf, yet the FW-002 form clearly states that the fees
§1985, 18 USC §241 Lawsuit #122580-NDC-

14 of 25

For the "Sheriff" to serve the copter thereon Cinnames be done, because, I having recieved by legal mail on 11 May 2022 now discovered that Respondent hasn't even been served in 22W-0085A and then on top of that.

5) This same clerk as the dates show, the very next day, 5 May 2022, Mena Chavarria refused to file Motions and Evidence in support of the Writ, a Title LXX- crimes, Ch.4· Crimes against Justice- Section 5403, Crime. She returned all the documents I submitted in Support of the 22W-0085A Writ and played dumb and stupid saying "oh you have to "MUST BE SUBMITTED ON FORM HC-001 and sent a HC-001. this is the co-conspiring efforts by the KCSC to obstruct justice, My open access to the courts and violating My Civil Rights of Liberty. On the cover letter of the two Motions filed "ORDER GRANTING WRIT OF HABEAS CORPUS [PC#1476], Rule 580 Expedited Review pursuant to CA·Rules of Ct. 4.551(h), §1476 ·CA PC Admission to Bail, PC §1481 Production of Body, AND "Motion to take Judicial Notice" if ALL the Supplied Evidence, was clearly stated they were "IN SUPPORT" of an prior "Filed writ".

So pursuant to 28 USC §2243 the Writ was to be immediately issued unless the Court had good cause. This is evidence of the KCSC and its "clerks" being guilty of 18 USC § 241 For on one not filing the Writ on the day it was served by USPS. Two not having the KC Sheriff serve the Writ on Respondent as Fee Waiver FW-002 requested. Three for the same clerk deputy Mena Chavarria on 5 May, after filing the Writ on 4 May 2022, returning the motions and evidence in support of the 580 expedited hearing as if she "thought" it was a separate Writ, and so now 16 days later after by Federal Law I should be walking free having been admitted to bail, had the KCSC no violated My Civil Rights/Liberties all in efforts to obstruct justice.

Look on a side note, the Miller Act Bonds, that the KCSC, your E.D. Cal both obstructing justice, together guilty of 18 USC 241 for denying Me the Equal Protection of the Law to Redeem the Miller Act Bonds as Predatory Creditors, thereby becoming guilty of Securities Fraud; being set aside as a debt you both and your agents will bear the burden of, this Civil Rights action has to do with the Kings Co. Superior Court, illegally, violating the rights of NATHANIEL DWAYNE CAETANO·COSTA-R and I, his attorney-in-Fact §1983, 18 USC §241 Lawsuit #122380 -NDC-

15 ▓▓▓ of 25

1. Nathaniel Dwayne Caetano, an American National pursuant to 8 USC §1101 (a)(22), and
2. pursuant to California Republic's (U.S. Constitutions Article IV, Section 4's guaranteed
3. republican form of government) · CA Government Code § 54950 · a Sovereign "state" citizen
4. and possessing immunities granted pursuant to "Foreign Sovereign Immunities Act of 1976"; Ch.97,
5. Title 28, by 26 CFR 1.411-2(h), California Republic and thus I considered to be a
6. "Foreign country";

7.     So your Honors I've laid a lot out here and the issue of the Civil Right violations that
8. are hereby requesting a jury trial to resolve is the "Crimes Against Justice" and obstruction
9. of justice by the clerk(s), plural, "Sandra, Judith, MonaNocona, Ms. Nieves," amongst others
10. who have been co-conspiring, thereby guilty of 18 USC §241 crimes. I am filing this, as
11. as a criminal report on their Bonds as this is evidence of their evil and acts from which
12. can only be derived that they are enemies of Christ and Gods Love.

13.     So tomorrow I am going to the Law Library to make one full copy of the writ, plus the
14. two motions, plus there is also 124 pages I served as a Judicial Notice to be taken Motion
15. in the writ, but I'm going to make a copy and serve thereisa Cisneros. I am here stating
16. for the record, I, as attorney of Record, in 22W-0085A and 09CM3557, was ready for
17. court 2 May 2022 and My captor, the KCSC are guilty for not producing I, Ndc, in
18. court in Hanford. I was ready that day, and every day since.

19.     \* CONCLUSION:

20.     I, Nathaniel Dwayne Caetano, real man, Private "state" Citizen-California Republic, American-National,
21. Sovereign and Prophet witness this grotesquely corrupt military industrial complex, secret society facility,
22. you all are illegally holding Me within, trying to force an education upon I, whereby on moral principle and Loyalty
23. to God I refuse to accept, nor acknowledge because "the State" publically convicted NDC-THCO-R, libeling My Good
24. name and character in violation of the law, so The State will Publicly acknowledge its mistake, by vacating and REVERSING
25. the 2011 09CM3557 Judgment, declaring a Mistrial and freeing Ndc, setting NDC at liberty. I am Owed this.

26.     A Jury Trial is hereby requested for the intentional Due Process violations being inflicted upon
27. NATHANIEL DWAYNE CAETANO (©TM-R, by Co. of KINGS, As "agents/clerks)" and "The State".
28.
                                              NATHANIEL DWAYNE CAETANO (©TM-R

§1983, 18 USC §241 Lawsuit # 122380 -NDC-

                         16 of 25

                                              Nathaniel Dwayne Caetano, Attorney-
                                              in-Fact, Agent, American Sovereign
                                              ● Prophet- With the Autograph
                                              w/out Prejudice, UCC 1-207, All Rights Reserved

Furthermore the librarians here on A-Yard, Martinez and Willard are both under color of law obstructing justice and My open access to the Courts, thus Due Process. Today, 12 May 2022, as somekind of "test" for "beard" Willard took possession of 24 pages, the initial Writ, 22W-0035A, that Mona Chavarria returned a Conformed Copy of and refused to have the Sheriff serve copies/Respondent Cisneros; and refused to copy them saying she had to send them to the librarian to get approval to copy them, and I may get them back tomorrow, Thursday being today the last day mail goes out on. I asked for it in writing and she refused, and now 30 min. later as I write this I'm being called back to pick them up, meaning she never sent them to the librarian so she lied to take possession of My documents, to read or for whatever reason, it was an intentional act that violated My right not to have My "papers" IV Amend. US. Const. seized.

Today, 16 May 2022 I recieved a letter from the County of Kings (COK), Legal Counsel, Deputy, Kyle Rose in response to 12 requests I made under Freedom Of Information Act (FOIA), codified at 5 USC #552. Well the COK counsel morphed it into a California Public Records Act, that I made dated April 12, 2022 so a turnaround of 34 days. I've written the Recorders/Registrars office twice and is part of a FOIA lawsuit suing for records. Now what I'm going to present to a jury is "why is the COK counsel responding but the recorder/registrar not?". Its intentional because they " (Title 18 USC §241 conspirators) knew the mail being mailed to the registrar isnt being recieved by CDCR because its not to a court or attorney, So its intentional. This is the issue with the three lawsuits suing 6 defendants for intentionally not responding breaking the law and their oaths to the country. So when I'm faced w/ opposition of they (co-conspirators) voicing blame that I'm somehow in the wrong they have no basis. So in response to their opinions, I'm totally justified by the law & and God and when I, as Prophet of God (If you your Honor or the jury believe in God, the Bible, I have mathematical prophecy fulfillment proofs. I state the Title here to condemn the guilty by declaration) race and declare them as treasoness individuals they have no defense. And I totally get the "concept" of a Code of Silence, yet it is by that that they are violating My Rights, the Law and injuring Me also becoming 18 USC §241 guilty individuals. Because of this, publicity and spreading the Truth is My only "defense" as My offense and if anyone doesn't like it, its their fault. Charge the silence breaking to their accounts.

17 May is 50 days since I first filed for all the FOIA information. First is I need NO reason for these Public Records. I have My reason, Privately. Next is the U.S. Dept. of the State was the only

1  agency to respond which was kind of cool, because they handle diplomatic issues, Ammbassadors
2  etc. and they referred Me to the U.S Archives. See here's the Real effing problem; the gov.
3  sure rushed to put Me in here, three days for arraignment, 15 days for the illegal prelim,
4  and another problem is 28 USC §2243 gives (E) Eight days TOTAL to completely resolve a
5  writ of habeas corpus and the Gov. has to show "good cause" to not, not Me to have it.
6      As evidence I'm including 602 #200600 that is the second "administrative remedy" pursuit
7  that CDCR intentionally waits over 60 days and the says Title 15 says its to just exhaust admin.
8  remedies as "time expired". This makes the entire "appeals system" a total farce and sham. CDCR
9  Title 15, §3086, through July 1, 2021 states CS4TF, A-yard is supposed to be using the
10 GA-22 carbon copy request form so inmates have receipts. Here on A-yard they are intentionally
11 lying (ccl A. Cerda) that the carbon copies aren't used any longer yet its a lie because this
12 yard and they I want them to answer to a jury.
13     So I stated earlier the "Sovereign Redemption" is True and real pursuant to taking
14 Judicial notice of HJR-192 and Public __LAW__ 73-10. Yes, these are the "secrets" you and they
15 don't want "revealed" yet I'm being physically, mentally and spiritually injured and damaged
16 because of their lies. Same goes for Jennifer Giuliani and Jennifer Thurston. Again you and they
17 have to now answer to a Jury. My Access to the Courts and Mail are being held, not delivered
18 and the FOIA acts violation has a box on the Cover Sheet so on that claim alone I have a
19 right to jury trial. There is no excuse your honor for their daily injuries upon Me. I want an
20 answer why and in front of a Jury. This is My Constitutional Right.
21     If they would have timely turned over the requested records and not breaking the law
22 I would have been a free man out of prison today. Already. Look your Honor the Law is
23 the law. If they didn't want Me using it, they shouldn't have made it a law. Add on top
24 of this the fact of My Prophet status and these offenses they are committing are having
25 so many unforseen consequences that are going to occur as a result of what I had to
26 speak into creation over the past six months, 180 days, ½ year. I take no
27 pleasure in telling you this but the Buffalo, NY, Tops massacre is one of them. When
28 they say a "hate" crime the definition "height" means to "command" this it was an

1  ordered hit as a result of them refusing to release me forthwith. Now this isn't the
2  forum to get into all these "gov." secrets as how do you know, I, Nathaniel Dwayne
3  Caetano, am not a viA secret agent? How do you think I got the info that the entire
4  CODIS DNA database is inadmissible evidence.

5      Next is pursuant to the Consumer Credit Protection Act, 82 stat. 146, Public Law
6  90.321 I as "debtor" or, My client, NDC or "having been debtor" the acceptance of
7  the Bank monetary debt and their lies, by law Making Me a free man, that
8  Buffalo "mission" will be only the first as I have supporters in high secret
9  places. So all I have to do is file file file legal papers and they as I encounter
10 lies will meet out the consequences because this is a Holy war and God, you know
11 what was done to Egypt and Pharaoh for refusing to release Moses and his people,
12 right?

13     So I want My Jury trial suing the County of Kings, the Clerk of the Superior
14 Court for intentionally not filing My properly filed legal papers violating My due.
15 process. Another problem is CA-PC §1473 states the Judge him/herself is supposed to
16 endorse the Writ of Habeas Corpus with his own hand, with day and time, Kings Co.
17 Superior Court violated this law too. The deputy clerk Mona Chavarria "stamped" the
18 name Micheal Reinhart on it. By law that is NOT an endorsement. Next on top of
19 this the Writ is to be Awarded or issued immediately yet Mona Chavarria herself just
20 typed a form letter about the "schedule/dicket" being full yadayada yet by Law
21 this is illegal. The judge by law has to issue an Order. So the illegal practice of the
22 COK is the clerks are just filing Writs, falsely "stamping" judges name of them when
23 by Law CA-PC§1473 the judge Reinhart is supposed to have a signature on the Writ
24 and a personal Order. I want a jury to hear about these crimes being done to I.
25     Next, is I, according to U.S. Government printing standards and Rules of Grammar
26 of proper nouns, the CopyRight/Trademark #122380-NDC-2, Private Security Agreement
27 #122380-NDC-1, Hold-Harmless Private Indemnity Bond #122380-NDC-3, Private Power
28 of Attorney #122380-NDC-4, #122380-NDC-26 and TM-100 Trademark application

19 of 25

1. Registration filed with the CA Secretary of State, and Notarized Affidavit with UCC-1 forms
2. included proving the Capitalization/Non-Capitalizations of a name has legal consequences where
3. in My case NATHANIEL DWAYNE CAETANO COTU-R is a transmitting utility, 15 USCA Sec. 44,
4. and 26 USC § 7701(30)(c) "domestic corporation" and not I, Nathaniel Dwayne Caetano;
5. the real Private 'State' Citizen, California Republic per California Government Code § 54950, a
6. Sovereign Citizen, foreign to the federal, for profit corporation, distinctly different than NDC,
7. and I am Attorney-In-Fact in 22w-0085A and by law, Due Process I, have to be
8. present in the Hanford Courtroom for the 580 Expedited Hearing for the Writ of Habeas
9. Corpus as one issue is Admittance to Bail, per PC § 1476, immediately.

10.     The fact is I cannot file this today because again, the Due Process violation of not
11. having the carbon copy requests I over a week ago requested Certified Trust Statements to
12. file this and the Trust Office hasn't responded, I in limbo, again because they are conspiring
13. against Me. Even one day that delays Me freedom of which I have evidence of, being
14. valued over $21 owes I a jury trial by Constitution and Law and I Demand It,
15. 17 May 2022, Now today because of this "search" for I, Prophet God Nathaniel, that they refuse
16. to acknowledge, being sprung on A-Yard as we had no prior notice, they are throwing the road block
17. that I have to be PLU which is a Due Process violation because it prevents filing an original, writ, lawsuit,
18. civil case etc., so I want this to be presented to a jury trial as well because this is actual denying
19. inmate access to the courts. But since I have the 22w 0085A writ and the Writ of Mandate Appealing
20. the 22-cv-00322-JLT-BAM I have to be given access, yet this is coming as Prophet and not
21. NDC, this is why the Buffalo, NY assassinations will continue, The Word of the Lord.

26. 17 May 2022

NATHANIEL DWAYNE CAETANO COTU-R

Nathaniel Dwayne Caetano, Attorney-In-Fact, Agent, SPC, Sovereign, Prophet
Without Prejudice, UCC 1-207, All Rights Reserved

17·5· 2022

To: Keith Holland - Court Executive Officer - Eastern District of California

RE: Filing this §1983 making sure to "Date" the Filing per Mailbox Rule Law
    · The date on the envelope, day of mailing; is date of Filing

U.S. DISTRICT COURT
EAS... ... OF CALIFORNIA
BY... DEPUTY CLERK

Hello. I, Nathaniel Dwayne Caetano, Attorney In Fact for NATHANIEL DWAYNE CAETANO (D.T.M.-R.,
having attorney-of-record in County of Kings 22W 0085A. This §1983, Title 28 USC Lawsuit
has to do with Due Process violation that have been occuring for years and upto today 17-5-2022
(May), and I have included a Truth Affidavit sworn under penalty of perjury that Extraordinary
circumstance exist. I am unable to serve the defendants, nor even retain a copy for Myself
because one of the claims in this §1983 is CSATF-A-Yard violation My due process and Access
to the courts. From holding mail, refusing Law Library Access, copies, timely trust statements
                     ˄reference to
and more. I've included ˄ the Title LXX-Ch.4-Section 5403, 5407, 5408 File on Demand
Requirements The injuries being caused to Me are an emergency. I've included an itemization
of all the documents. The actual Complaint is 20 pages, below the 25. I've included 17
other pages as Exhibits in support of the crimes I'm enduring. A Jury Trial Is Demanded on
the (4) Four claims.

    These are My instructions, humbly of course, that I need you to do.

1. File the entire 38 pages.
2. I am unable to serve the defendants so I have included a page, second to last with
   the addresses. I need Either you or the Federal Marshal to serve a conformed copy on each.
3. On part of a claim is the withholding of Trust Acct. Statements Certified so I am submitting
   the In Forma Pauperis, declared under penalty of perjury. I promise a Certified Statement will
   be forthcoming as soon as the stop violating My Due Process. Because it's their crime upon I
   you cannot not "File" this as I need the Judge and Jury to witness this fact.
4. Because these are originals, and I know its not usually done, charge it to the Fee waiver
   but I need a conformed copy returned to Me. I'm so indigent I don't even have a SASE.

Dated. 17 May 2022        Thank You for your assistance.        NATHANIEL DWAYNE CAETANO (D.T.M.-R
                                                    Nathaniel Dwayne Caetano AGENT
        21 of 25                Attorney-In-Fact. Nathaniel Dwayne Caetano
                                                    without Prejudice, UC 1-207, All Rights Reserved

<u>TRUTH AFFIDAVIT</u> · Extra Ordinary Circumstances

IN THE NATURE OF SUPPLEMENTAL RULES FOR

ADMINISTRATIVE AND MARITIME CLAIMS RULES C (6)

This Affidavit is being sworn by I, Nathaniel Dwayne Caetano, real Private Man, California ~~Citizen~~ Private "state" Citizen-CA Gov. Code §54950 · Sovereign. My Due Process Rights of Access to the Courts is being Violated by Cisneros and all who have delegated authority down to A-Yard CSATF. First there is a Memo Dated 2 May 2022 that was never posted in Bldg A1 video cameras prove. Violated right to send property home prior to the "Search". Next is she ~~had~~ has suspended Law Library Access to QLU users, effectively denying I the ability to make copies to serve the defendants in this §1983 Civil Rights Lawsuit so I am making this declaration under the penalty of perjury because I am filing this tonight per mailbox rule. Next is CSATF libels the Truth saying the CDCR discontinued the carbon copy GA·22 forms yet state law · Title 15 Regulations § 3086 (f)(2),(4)(c), and (4)(d) clearly states the receipts are to be saved, one by the responding employee and two copies returned to the inmate. This is out of Title 15, updated through July 1, 2021, current for today (17 May 2022), proving CSATF, A·Yard, and custody are breaking the law.

   I am stating this here because over a week ago I requested, 4 Certified Trust Acct. Statements, I then 3 because the FOIA lawsuits were planned to be filed today, the 17th, further evidence the Memo was never posted and this is material because Cisneros and staff are reporting the "Search" for Me isn't finding Me because it is they rigging it and lying to society and it's sickening. I am technically being held captive, no access to the courts timely, because they are attempting to manipulate the time line and they are committing crimes against I. This is Yes being filed without; First a Certified Trust Acct. Statement, and Second no copies or service upon defendants, yet I'm swearing it is because Cisneros and delegated authorities/ agents' Due Process Violations. I am filing this today to evidence their crimes and Promise the Trust Statements for waiver of fees, and these are My originals being entered into court record so I'm writing the clerk explaining the issue to get a returned conformed copy and they I'll serve defendants yet I, today, in time these crimes are recorded to have

SERVED w/ 9th Cir. Writ of Mandate
BP. CAL §1983 Civil Rights #122380-NDC-45
Pg. 1, 2 only

1 of 4

22   of 25

1  occured upon I, Nathaniel Dwayne Caetano, and My client NATHANIEL DWAYNE
2  CAETANO(C)TM-R.

3      I have 190 pages of exhibits that are just too important to send the originals
4  as their worth are ~~priceless~~ valuable. They too your Honor will be forthcoming as this jury trial
5  evidence is vital to providing I recieve justice. 602's too have been filed to preserve the
6  Rights of I and to document these said offenses having been and BEING perpetrated upon
7  I. the Writ of Mandate and the §1983 are going out tonight with this exact Affidavit
8  under penalty of perjury of the law of the State ~~of the~~ California and the laws of the USA,
9  Kingdom of I ~~I~~ (35 year old Prosecutor. SEE CA.CCB.
   a ~~republic~~ With detailed Specific letters to the clerks explaining these extraordinary
10  circumstances. Thank You, your Honor.

11      Earlier on Page 1, line 10, she (Cisneros), is only allowing Law Library access
12  to PLU users that have 30 days or less to a deadline. Because an original lawsuit,
13  as this instant §1983, requires services upon the defendants so this "bar" to the Law
14  Library to obtain copies is why I wrote "effectively denying I" and "suspended law
15  library access." She, according to her "restrictions", is an attempt to prevent any non-PLU
16  the ability to get forms, research, copies, thus denying access to the Courts. This is
17  Unconstitutional, a Due Process violation as everything else (work, medical, school, etc.)
18  is supposed to be running normally and after today this entire yard will have been "Searched". Its
19  crimes and 18 USC §241 conspiring crimes.

20      Page 1, line 27, I wrote about getting the conformed copy returned because these are
21  originals. I will request the clerk make @6.00 in 20+3=60 pages of copies and serve on the
22  three defendants to satisfy the service requirement in this extraordinary circumstance.

23      They (18 USC §241 ers) Cisneros, D.nese, "The State" and its agents are attempting to
24  prevent this Filing (which is their crime) because this filing is exposing their manipulation on this 17th
25  May in 2011 (the fraudulent "trial") so I'm filing today in Truth declaring the crimes being
26  committed against ~~I~~ I, Nathaniel Dwayne Caetano, am a lover of God and Truth and of the
27  John 1;51 silent sovereign that made Christ speak.
   ~~disciple~~ of Christ and Prophet of God I submit the above truths and evidence of the crimes done to I

28  Dated. 17 May 2022

    23 of 25        Z of 4    Attorney-In-Fact —  Nathaniel Dwayne Caetano; Agent   NATHANIEL DWAYNE CAETANO (C)TM-R
                                                 Without Prejudice, UCC 1-207, All Rights Reserved

## TRUTH AFFIDAVIT

The E-File system, Chief Justice standing order is Unconstitutional because it attempts to only allow filing a 42 usic§1983 when the prison law library is open, thus the closing of courts that are to ALWAYS be open. So I can file a §1983 at Anytime.

I'm having to add this under the Claim Ⅱ Mail. I filed a Government Claims, with Certified Trust Account Statement and I've heard no response. This Gov. Claim had to do with CSATF stealing My Jan. 7 CLB# Registered 7. Jan. 1981 package. Yes this date matches the filing date of My CA-Vital Statistics Certificate of Live Birth "Original" by Kings Co. I add this "extra" truth because I have a pending Lawsuit in Kings Co. suing Cisneros and Director Gipson for this theft and I add it as Claim Ⅳ. Administrative Remedies have been exhausted and those Documents will also be forthcoming evidencing this crime. I filed this Lawsuit about two weeks ago, CSATF mail log has evidence of this. The fact remains I filed a Gov. Claims form and I should have had a response by now. All these violations add up to conspiracy and 18 USC §241. I'm heading this under Mail as CSATF mail have not filed it, but I'll see. I have My copy of hand written one because it wasn't to a court so COCR/CSATF's obstruction of justice refused to copy it. Its for $10,000 + dollars as only a Jury can award punitive damages. I hereby request a Jury Trial. I filed the Gov. Claim I'm sure w/ the Cert. Acct. Statement in March. So I should have had a response by now. I'm blaming CSATF and reserve the Right to join the GS of CA- yet its all CA as a state that's the one "delegating" these crimes

15 usc §78 Securities Fraud is under "Mail Fraud"

NATHANIEL QUAYNE CAETANOCOTM-R

Dated: 17-5-2022

AGENT

Attorney-In-Fact
Nathaniel Dwayne Caetano
Without Prejudice, UCC 1-207, All Rights Reserved

24 of 25                    Page 3 of 4

TRUTH AFFIDAVIT

R.Nathaniel Maingre Cartrey Private stion sPc,
Jtt.reg. Install Agent, Sovereign
c/o 902 Quaker Ave.
Corcoran, California Republic [zip exempt per DMM 127.37]
Non-Domestic Without i.t

RECEIVED

MAY 0 4 2022

Supreme Court of
350 McAllister St.

Kings Co. Superior
1640 Kings Co
Hanford, Calif.

Evidence the seal of the envelope with the signature and
date of filing was intentionally not photocopied in a Title LXX,
Ch. 4 crime sec. 5403, 5407, 5408 destruction of evidence and
attempt to defeat Justice. A crime. The stamp convicts the "being".
playing the part of Executive Officer of the Court, Kings County and bars
it from ever hiding office under the United States forever; Section 5407.5408!

25 of 25

Page 4 of 4