1  Nathaniel Dwayne Caetano, Attorney-In-Fact

2  9th Circuit Admission to Practice #22-70094

3  Prisoner: NATHANIEL DWAYNE CAETANO

4  Booking Number: 00297059

5  CDCR Number: AI0002

6  California Substance Abuse Treatment Facility

7    c/o 900 Quebec Avenue

8  Corcoran, California [zip exempt per DMM 122.32]

9   Non-Domestic Without the usA

10

**FILED**

JUN 27 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

11          IN THE   UNITED STATES DISTRICT COURT

12        FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  Nathaniel Dwayne Caetano, real | Case No. 1:22-cv-00687-SKO (PC) |
| 15   Private Man | |
| 16      Plaintiff, | CIVIL RIGHTS COMPLAINT |
| 17      vs. | BY A PRISONER |
| 18  (1) Theresa Cisneros, | |
| 19  (2) COUNTY OF KINGS, | **JURY TRIAL DEMANDED** |
| 20  (3) INTERNAL REVENUE SERVICE, | |
| 21  (4) GENERAL SERVICE ADMINISTRATION, | ☐ Original Complaint |
| 22  (5) SECURITIES and EXCHANGE | ☒ First Amended Complaint |
| 23     COMMISSION, | ☐ Second Amended Complaint |
| 24      Defendants | |

25            A. JURISDICTION

26  1. This Court has jurisdiction over this action pursuant to:

27      ☒  28 U.S.C. §1343(a) ; 42 U.S.C. §1983

28  2. Institution/city where violation occurred: CSATF-SP; Corcoran, California

#122390-NDC-777

## B. DEFENDANTS

1. Name of first Defendant: <u>Theresa Cisneros</u>. The first Defendant is employed as: <u>California Substance Abuse Treatment facility - Warden</u> at <u>CSATF-SP-Corcoran.</u>

2. Name of Second Defendant: <u>COUNTY OF KINGS</u>. The second Defendant is employed as: I am naming the entire "COUNTY" starting with Court Executive Officer Nocona Sobolestij Deputy Clerk Mona Chavarria, and the (5) five Board of Supervisors, at, <u>Kings County Government Center, 1400 W. Lacey Boulevard, Hanford California 93230.</u>

3. Name of the third Defendant: INTERNAL REVENUE SERVICE and Charles P. Rettig. The third Defendant is employed as: <u>Commissioner</u> - at <u>INTERNAL REVENUE SERVICE,</u>

4. Name of the fourth Defendant: <u>GENERAL SERVICE ADMINISTRATION and it's EXECUTIVE OFFICER.</u> The fourth Defendant is employed as: either Commissioner, Director or Secretary at General Service Administration, 1800 F. Street, Washington D.C.

5. Name of Fifth Defendant: <u>SECURITIES and EXCHANGE COMMISSION and its (5) Five Appointed Commissioners.</u> The fifth Defendant is employed as: "<u>Commissioners</u>" at Securities and Exchange Commission.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ YES ☐ NO

2. If yes, how many lawsuits have you filed? 13 Describe the previous lawsuits:

    a. First prior lawsuit:

        1. Parties: CAETANO    v. Peery - HDSP - Warden

        2. Court Case and Number: Unknown, CA Supreme Ct. Writ of Habeas Corpus

        3. Result: CA Supreme Court time barred it.

    b. Second Prior Lawsuit:

        1. Parties: CAETANO    v. Peery - HDSP - Warden

        2. Court and case number: E.D. Calif., U.S. Dist. Ct. # unknown

        3. Result: AEDPA time barred

    c. Third prior lawsuit:

1    1. Parties: CAETANO v. CDCR - Director

2    2. Court and Case Number: 9th Circuit, number unknown

3    3. Result: AEDPA timebarred

4   d. Fourth prior Lawsuit:

5    1. Parties: CAETANO v. CDCR Director

6    2. Court and Case no.: U.S. Supreme Ct., unknown #

7    3. Result: Unheard

8   e. Fifth prior lawsuit:

9    1. Parties: CAETANO v. Cisneros

10    2. Court and Case no. Kings Superior Court, unknown # Judge Kathy Cuiffini

11    3. Result: Forgot

12   f. Sixth Prior Lawsuit:

13    1. Parties: CAETANO vs. Cisneros

14    2. Court and Case no. Superior Ct. County Kings ; 21W-0171A

15    3. Result: Judge Guiliani - denied it breaking her Oath in the process

16   g. seventh prior lawsuit:

17    1. Parties: CAETANO v. Cisneros

18    2. Court and Case no. Fifth District of California ; number unknown

19    3. Result: They stated I failed to make a claim

20   h. Eighth Prior Lawsuit:

21    1. Parties: CAETANO v. KINGS CO. SHERIFF, et al.

22    2. Court and Case no. E.D. Cal ; 1:22-cv-0022Z-JLT-BAM

23    3. Result: Ruled it was frivolous

24   i. Ninth Prior Lawsuit

25    1. Parties: CAETANO v. USDC - CAFR

26    2. Court and Case No. (9#) Ninth Circuit Ct. of Appeals, # 22-70094

27    **# Oddly the U.S. Dist. Ct., E.D. Cal #1:22-cv-00261-JLT-HBK is different

28    than #8 above 1:22-cv-0022Z-JLT-BAM

#122380-NDC-777

1    3. Result: PENDING

2    j. Tenth Prior Lawsuit:

3        1. Parties: CAETANO v. Gipson and Cisneros

4        2. Court and Case No. Superior Court Co. Kings; number yet to be recieved

5        3. Result: Jury Trial Pending

6    k. Eleventh Prior Lawsuit

7        1. Parties: CAETANO v. DEPOSITORY TRUST COMPANY

8        2. Court and Case No. Eastern Dist. of CA ; number yet to be recieved

9        3. Result: Jury Trial Demanded

10   l. Twelfth prior Lawsuit

11       1. Parties: CAETANO v. IRS, et al.

12       2. Court and Case No. E.D. Calif., number yet to be recieved

13       3. Result: Jury Trial Demanded for refusal to supply FOIA requested Information

14   m. Thirteenth prior Lawsuit

15       1. Parties: CAETANO v. GSA, et al.

16       2. Court and Case no.: E.D. Cal , number yet 1:22-cv-00679-SKO to be recieved.

17

18

19

20

21

22

23

24

25

26

27

28

#122380-NDC-777

## D. CAUSE OF ACTION

## CLAIM #1

1. State the Constitutional or other federal civil right that was violated: <u>United States of America Constitution, Amend V (five) Due Process and Amend. XIV 14 Right to Life, Property and Liberty.</u> Amend. 4 (IV) seizure of "effects" and "Mail Fraud" because it was a commercially mailed.

2. Claim 1. Identify the issue involved ☒ PROPERTY

3. <u>Supporting Facts:</u> I Amend. Right, Petitioning Gov. for redress of the theft of a Article of mail. Federcrime. I have an Exhibit, its 602 Grievance ~~327780~~ 208217 marked Ex. P0505, 16 pages. Its the entire Appeal package. I had an Access SecurePak Qtr. package order # 19557861, ordered 12/28/2021, shipped 12/29/2021, Package Id # 3500 143 4646-A that lists 18 food items that on 01/07/2022 c/o Williams attempted to give to Me as a "CD player" and it wasn't the food package and on the back of the reciept it is written the order form and box will be returned. Well My mother Denise called Access, they said the invoice number is #19405518. The package was never returned to Access. Access opened an investigation and CSATF-Theresa Cisneros and her delegated authority agents told access I recieved the package so Access closed the invest. and refuses to refund the money. In March 15, 2022 Memorandum Cisneros she states there was no misconduct and in My appeal to Sacramento's OOA Office Of Appeals Associate Director Howard E. Moseley said My appeal contravenes the regulatory framework, of the grievance and appeal process. The documentary paper evidence and shipping manifest prove CSATF-Cisneros and her agents signed for a commercial property, article of mail in My name, never delivered it, never returned it and lies to Access reporting that I recieved it. Federally this qualifies as mail fraud. Point is Ms. Oberto, your Honor they all are conspiring against Me because yesterday 15 June 2022 I recieved a letter dated 6 June 2022 stating the Kings County Board of Supervisors on this same issue denied My Governments Claim that I filed on 18 February 2022. Under 18 USC §241 and §242 this is more than one, two or more, conspiring to deprive Me of property and liberty. I filed last month for the third time because Mona Chavarria, deputy clerk

#122380-NDL-777

1. Kept returning My Civil Complaint for a minor Idem Sonons/Misnomer on the

2. complaint and summons. I finally filed everything proper requesting a jury trial

3. to award punitive damages because truth be told your Honor this package was

4. to be delivered on 7 Jan. 2022 and that date is the official date of registration

5. of My CA Certification of Live Birth by Kings County, 7 Jan. 1981. Just to keep

6. things strictly Kosher there is no ~~may~~ way the Warden, the Associate Director in Sacramento

7. and the County of Kings Board of Supervisors can deny that CSATF signed for the

8. package in the appeal 208217 the C/o Williams said he was returning the package

9. on camera & therefore I never recieved it and a simple call to the CSATF warehouse (signed such on the reverse of the receipt)

10. will prove no package was returned therefore Cisneros, CSATF, CDCR, CA State, Co. Kings

11. are all guilty of lying, denying the truth and collectively conspiring against Me and

12. I have a Right to a Jury Trial because it's over $21 and only a Jury can award

13. punitive damages. On 13 June 22, I was moved and whoever "inventoried" My property robbed Me

14. of My 13" T.V., 6Ft. Ext. Cord, 8" Fan totaling $240 in commercial value, I request Compensation.

15. **4. INJURY:** The package was/is $88. Yet its the humiliation, embarrassment,

16. and emotional injuries that hurt the most. First: Actual Damages, Second: Compensatory

17. Damages. Third: Peculiar Value Damages. Fourth: Punitive Damages of "Pain and

18. Suffering" because how is it really possible so many people who are supposed to be qualified

19. professionals can break the Oaths of Office and Intentionally and Voluntarily deny the Truth

20. that is written on paper and simply shipping manifest prove, I want to cross examine

21. each on the stand to have them personally testify to their actions. A jury needs to hear

22. their reasoning in deciding how large to make My punitive Award in monetary Damages.

23. **5. ADMINISTRATIVE REMEDIES**

24.    a. Are there any Administrative Remedies available at your Institution: YES

25.    b. Did you submit a request for administrative relief on Claim #1: YES

26.    c. Did you appeal your request for relief on Claim I to the highest level: YES

27. I have 602'd the $240 TV, Ext. Cord, Fan intentional retaliation and not inventorying My property

28. amounting to CA-CDCR-CSATF and custody staff robbing Me of My property valued at $240.

# CLAIM II.

1. State the Constitutional or other federal civil rights that was violated: Amend. V and XIV Due Process and ultimately Life, Liberty and Freedom. US. Const. Article I, Sec. 9, clause 2.

2. Claim II. Identify the issue involved: ☒ Access to the Courts

3. <u>Supporting Facts.</u> I mailed Writ for Habeas Corpus Ad Subjiciendum #22W-0085A on Mon. 25 April 2022 evidenced by the Certified Trust Account Statement Receipt included with the fee waiver and this is where I believe the County of Kings and CSATF are collectively conspiring together. Because they held this legal mail envelope for a week because it was post-marked 02 May 2022. So it took CSATF (8) eight days to even mail the letter. Mona Chavarria, Superior Ct. deputy clerk filed the writ on 04 May 2022 and actually photocopied the front of the envelope. When clerks are trained on the Mailbox Rule. See Douglas v. Noelle, 567 F.3d 1103, 1107 (9th Cir. 2009) E.D. Local Rule 302. Now Ms. Oberto I will not argue the "ramifications" of this miss filing yet because of her training and then her photocopying the wrong side of the envelope I believe her actions were intentional and actually Title LXX Mlh - Crimes - CH. 4 Crimes Against Justice - Sec. 5403, 5407, 5408. I believe she attempted to defeat the due course of justice by photocopying the face/wrong-side of the envelope then destroying the envelope. Luckily Litigations has a dated copy of the receipt of the Cert. Trust Statement deputy Chavarria filed w/ the fee waiver in 22W-0085A dated 25 April 2022. As you know a Habeas Corpus is written as a Constitutional Right, federally n. Thus 28 USC §2243 [Art. I, Sec. 9, clause 2] (8) eight days; 192 hours; 11,520 minutes is all that a Court has to resolve a Habeas Corpus. The Court has to have good cause not to. Not I good cause to have it awarded. The further fraud is CA-PC §1473(b)(2) "false physical evidence" is the ground I brought 22W-0085A based upon a CIA front company out of Hawai'i named ISA - Intelligent Solutions Advisory - 47 page report 9409 on the inadmissability of PCR DNA evidence because it is "synthetic remanifactured" evidence clearly §1473(b)(2) "false physical evidence". The County of Kings, Superior Court fraud at issue here your Honorable Oberto is in the 22W-0085A writ I also per CA-PC §1476 requested Admission to Bail. When your Honor reads PC §1476 it clearly states, "the

#122390-NOC-777

1  "Any court or judge authorized to grant the writ, to whom a petition thereof is presented, MUST,

2  "MUST", endorse upon the petition the _hour_ and _date_ of its presentation and the _hour_ and

3  _date_ of the granting ...". The fraud your Honor is Ms. Chavarria simply "stamped" judge

4  Micheal J. Reinharts name upon the petition and then herself printed a "form letter" saying the

5  docket was full and it would be answered within 60 days. I specifically requested a Kings Co.

6  L.R. 580 Expedited Hearing. Yet if the petitions aren't aren't even being presented to the judges

7  then the Judge isn't even the one making the L.R. 580 determination to hear or not to hear

8  expiditiously. Your Honor this is a massive fraud by the Superior Court, County of Kings. I challenge

9  the County of Kings to present the Wet Ink Signature of Judge Reinhart, on 04 May 2022.

10  That was the day it was "RECIEVED". It was to be marked "Filed" 25 April 2022 making

11  per House Joint Resolution 192 and Public Law 73-10 forbidding an "obligation" to be made

12  by an obligee (Kings Superior Court) in dollars or U.S. coin or currency thus an Own

13  Recognizance Release. On top of that I have a STANDARD FORM 28 - AFFIDAVIT OF

14  INDIVIDUAL SURETY ready to be presented listing the "Registered Security" "104 803 4302"

15  My CERTIFICATION OF VITAL RECORD #[104-80-34302]7-1600-1721 as the "collateral"

16  with it's Bond CUSIP No. 31580538Z as insurance that I will appear in court

17  until 22W-0085A officially is Awarded REVERSING the 09CM3557 Judgment.

18  4. INJURY:   Not to get into the specifics, I filed the Writ 22W-0085A and by

19  Law, and a motion filed in 22W-0085A, per above cited Mailbox Rule have Right to have

20  the filing date corrected/amended to reflect the 25 April 2022; the day I filed it.

21  The injury is per 28 USC §2243 a "state" law cannot be more prohibitive than My federal Rights

22  In this case the 28 USC §2243 speedy resolution of Writ 22W-0085A. If the state of CA or Co. of

23  Kings wishes to delay, commit fraud and waste time, whatever yet the injury is the Inventor of the

24  PCR DNA testing method that has been Subpoena Duces Tecum subpoena'd in 22W-0085A has already

25  testified in CA and will testify in 22W-0085A the DNA evidence used in 09CM3557 is

26  inadmissable therefore I have lawful right per §1476 to bail immediately therefore the injury

27  is I'm being incarcerated against the law.

28      5. ADMINISTRATIVE REMEDIES:

#122390-NDL-777

a. Are there Administrative Remedies available at your institution:  YES

b. Did You submit a request for administrative relief on Claim I?   NO

c. Did you appeal your request for relief on Claim II to the highest level?  NO

d. If you did not appeal a request for administrative relief at any level, briefly
   explain why you did not: This Civil Rights violation is outside CDCR's
   administrative remedy so this does not apply.

## REQUESTED RELIEF

  I know you're a busy lady Ms. Oberto, Your Honor and I do thank you for your due diligence, service and duty and I'm praying to God I recieve Justice through you. Again for using the entire 25 pages, excuse Me, yet there is so, so much going on. I do understanding the education, yet trial and error when there is so much misdirection, marks and gang stalkers treating Me as a "Targeted Individual" because of My bloodline and heritage inheritance. As I go so goes the world. They attempt to control me to control reality, because of My Faith. A maternal line of inheritance goes from mother to youngest daughter and absent a daughter youngest son. This is why. Say there are 100 generations from God, first Man. If you go "oldest son", he being "first" in a "chain" of links there will be "more" links in the chain from God to he. Going youngest to youngest it becomes the most direct "course", path, "circuit." Catena in Latin literally means "chain". My last name Caetano. Therefore it ALL rests in Me Ms. Oberto. On to the relief.

1. The "Robbery Ashore" 18 USC §1661 and Citizens as Pirates 18 USC §1652 of My Access Package I request a Jury Trial, $13,551 USD, court costs and Attorney Fees.

2. On writ 22W-0085A I Request the Truth to be acknowledged. PCR DNA test results are remanufactured, CA PC §1473(b)(2) "false physical evidence". I request 09CM3557 Judgment be ~~Reversed~~ Reversed and I rescued and liberated/Ransomed from CDCR cAstate custody.

3. I request the IRS refund My hard earned wages/property of $7,163.92 they withheld in 2008.

4. I request official USA government acknowledgement I own CA-Cert. of Vital Record #104-80-343027-1600-1721, Registered Security "104 803 4302" and Bond CUSIP No. "315 805382"!!!

#122380-NDC-777

CLAIM III.

1. State the Constitutional or other federal civil right that was violated: Amed. V and XIV and 18 USC § 241 and §242 - different punishments, pains or penalties

2. Claim III. Identify the issue involved: ☒ Other. Credit/time earning.

3. Supporting Facts:

On the 09CM3557 Sentencing Minute Order page 2 dated 06/16/2011 it specifically states the word "days" in terms of credits earned. The sentence was for 15 years.

Nightime by law and statute (Snook v. Long, 241 Iowa 665 and State v. Dowers, 45 NH 543)(13 Am J2d Burgl §22; 82 ALR 2d 664) defines NIGHT as a distinct "time" separate from DAY. Holy Bible Gospel John 11:9 there are 12 hours in a day. CA. Gov. Code §6807 defines Daytime as a period of time between sunrise and sunset. "Nightime" is the period of time between sunset and sunrise. Because I have not been being released at night I've been serving 12 hours during the day and 12 hours during the night. Therefore I deserve to have the 12.5 years worth of 12 hour nights added to My "credit". I have served over 25 years plus in 12 hour days. Therefore I request I be credited with these 12.5 years of time served.

4. INJURY: The injury is I've served the entire term of sentenced incarceration and should be free on this ground too, as well and also.

5. ADMINISTRATIVE REMEDIES:

a. Are there any administrative remedies available at your institution: YES

b. Did you submit a request for administrative relief on claim III: YES

c. Did you appeal your request for administrative relief on claim III to the highest level: NO

d. The appeal was submitted three weeks ago so its still pending. Ms. Oberto, Your Honor I will here claim CDCR's 602 process is a farce and sham and nothing but a delay mechanism. They use Title 15 §3486 (i)(10) to just ignore grievances and then just label them "Time Expired" so its a farce and sham that provide no real relief what so ever.

#1ZZ380-NDL-777

# CLAIM IV.

1. State the constitutional or other federal civil right that was violated:

The usA Const. Amend V and XIV Due Process, Life, Liberty and Happiness Pursuit

2. Claim IV. Identify the issue involved: ☒ Other: Not adhering to Prop. 57 and California Constitution Article I, Section 32.

3. Supporting Facts. Under Prop. 57, amending the Calif. Const, Art. I, Sec. 32 state "... ~~allowing~~ excluding the imposition of an enhancement, consecutive sentence, or alternative sentence." My commitment offence 09CM3557 is 2nd degree murder. Yet I challenge that according to CA Jury instructions 580, 640 and 641 "All degrees of homicide" and under CA Penal Code §192 or §192 that manslaughter particularly Involuntary Manslaughter is under Article I, Sec. 32 the primary offense of 2nd degree murder. 2nd degree murder is actually an "enhancement and alternative sentence" based upon the proving of elements. Based on how Prop. 57/Art. I, Sec. 32 is wrote I am obligated to have a BPH hearing after serving four years as thats the full term of the primary offense. Involuntary manslaughter is the primary offense of any murder conviction.

4. INJURY: Due Process violations of incarcerating me violates my Right to freedom.

5. ADMINISTRATIVE REMEDIES:

   a. Are there administrative remedies available at your institution: YES

   b. Did you submit a request for administrative relief on Claim IV: YES

   c. Did you appeal your request for relief on claim IV to the highest level: YES

   d.

# CLAIM V.

1. State the constitutional or other federal civil right that was violated: U.S. Const., Amend. V, XIV Due Process, Amend IV and XIV Right to property unreasonable seizure of papers and effects, and USA Const., Article I, section 8, clause 8.

2. Claim V: ☒ Property

3. Supporting Facts:

This claim V has to do with the fact the IRS first is refusing to provide to Me a Copy of My complete Individual Master File and Business Master File Trascript and Decoding Book. *I believe My status as an "inmate" is why they are unlawfully ignoring Me.*

And I am asking you Right here Right now Ms. Sheila Oberto, Your Honor is it possible to sue, under 42 USC §1983 under My XIV Amend. Civil Right to My Property, Fidelity Life Insurance Company for My Bond CUSIP No. 315805382? As I state in the following pages the "Bill of Lading" as defined in the "Carraige of Goods Sea Act" the CA-CERTIFICATION OF VITAL RECORD # 104-80-343027-1600-1721 is the "Title" to My human body defined under 18 USC §9 as a "vessel" and this "Title" is the Registered Security "104 803 4302" from the first 10 digits of My CLB#.

I've already sued all of them in your E.D. Cal. in Civil Complaints requesting Jury Trials as I have All My Notorized legal documents and UCC-1 Financing Statement as Secured Party Creditor so Im ready for a *Speedy* trial. I here claim My Civil Right to My Property is being infringed and I request My property Bond CUSIP # 315805382 ownership be turned over to Me.

4. INJURY: It is the energy, res, actvity of My life that put the "value" into the Bond CUSIP No. 315805382. and thereby is My rightful property and I want it declared so.

5. ADMINISTRATIVE REMEDIES:

a. Are there any administrative remedies available at your institution: YES

b. Did you submit a request for administrative relief on Claim V: NO

c. Did you appeal your request for relief on Claim V to the highest level: NO

d. If you did not submit a request for administrative relief briefly explain why:

This CIVIL RIGHT violation is being committed by an agency other than My captors.

CLAIM VI.

1. State the constitutional or other federal civil right that was violated: U.S. Const.,
Amend. V "No person shall be held to answer for a capital, or otherwise
infamous crime, unless on a presentment or indictment of a grand jury..."

2. Claim VI. Identify the issue involved: ☒ Retaliation

3. Supporting Facts. The fact is 2nd degree murder is defined as a ~~capital~~ capital crime
and according to the usA Const, Amend. V a grand jury indictment is required
in order to hold one to answer for a capital crime. There is no grand jury indictment
in 09CM3557.

   1. Norton vs. Shelby County, 118 U.S. 425 p. 442 "An unconstitutional act is not
   law".

   2. 16 Am Jur 2d, Sec. 177, late 2d, Sec 256 "an unconstitutional statute,
   though having the form and name of law, is in reality no law,...".

   3. "All laws which are repugnant to the Constitution are null and void."
      - Chief Justice Marshall, Marbury v. Madison, 5 U.S. (1 Cranch) 137,
       174, 176 (1803)
      - Bryars vs. U.S., 273 U.S. 28 ; - Boyd vs. U.S., 116 U.S. 616

4. INJURY: I'm being injured because in reality Kings County Superior Court is a
Kangaroo Court. The CA- Secretary of State doesn't even have a charter for the "COUNTY OF KINGS".
And according to the usA Constitution I never could have been held to answer moreless plea, be
sentenced nor judgment pronounced. Its all a farce and sham and pursuant to Marbury
the 09CM3557 judgment is null and void. It shall further be stated there are NO limits
placed upon writs of Habeas Corpus in the usA Constitution therefore AEDPA violates Marbury, null and void.

5. ADMINISTRATIVE REMEDIES:
   a. Are there any administrative remedies available at your institution:     YES
   b. Did you submit a request for administrative relief on Claim VI:     YES
   c. Did you appeal your request for relief on Claim VI to the highest level: UNSURE
   d. If you did not submit a request for admin. relief briefly explain why. I've
    lost nearly all confidence in truth or justice from CDCR as I've witnessed their sick
    twisted ways way too many times vs. Sheila Oberto, Your Honor.

#122380-NOE-777                                              Page 13 of 25

# CLAIM VII.

1. State the Constitutional or other federal right that was violated: 18 USC §241; 18 USC §242, My honestly, My Honorable Oberto Article III, Section 3 Treason, Article I, Sec. 8 "general welfare". Article I, Sec. 8, clause 6 "counterfeiting of securities and current coin of the U.S., Article I, Sec. 8, clause 10 "To define and punish piracies and felonies committed on the highseas".

2. Claim VII, Identify the issue involved: ☒ THREAT TO SAFETY

3. Supporting Facts: I do kind of apologize Sheila for "writing" so much yet I do believe in doing so We establish capore and you will truly identify with My genuine sincerity. Knowing that the orchestrated "theft" of My 7 Jan 2022 package and all the evidence in My favor surrounding them "two or more persons conspiring" to oppress Me of My Rights of Claim #1 and the Fraud being perpetrated out of the Superior Court, County of Kings that "esoterically" is the "District of Tens" written at Exodus 18:21 and My CERTIFICATION OF VITAL RECORD, the day, time, place makes Me Deuteronomy's 18:15 PROPHET and Revelation/Apocalypse's 17:11 "Beast" that is "of many colors" meaning "times" where being the eighth yet one of the seven is the 45° Greenfied Ave "Address" of Hanford Community Hospital, 45°×8 = 360°. The 12-23-80 birthdate is 1+2=2+3= 35 President. Sanskrit word Prasādāt means Creator, therefore Article III Section 3 treason for all the crimes being done to Me. There is a MEMO from Kathleen Allison dated Nov. 24, 2015 regarding "Gray Boxer shorts" sold from Access being Exempt because of it's "Iridecense" sheen resembling CDCR "jumpsuits". SKV #80325-02, I 602'd this Memo and out of the 40 submitted in the last 3 mo. Sacramento screens this one and Summons Me to A visiting for a conference call by an Ms. Azevedo. The #80325 is 532 of $\frac{sun}{20}$ × $\frac{moon}{19}$ =532 years and it is Me your honor. The gray is gray aliens or the crossing of My Father Caetano= Satan and My mother, My middle name Dwayne = the Yahweh, My Kings Co. jail ID# 15065= literally YaHWeH. They attempted to say I was exempt from being free and having children. Title 15 §3191(c)(1) states I am able to send Myself home per that MEMO and I presented My CA-CLB#104-343027-1600-1721, Banknote #005296170 on Camera to c/o Cristano, Araquina, T. Gomez and Sgt. Rachal and they all denied the truth. I presented the issue to property officer M̶e̶l̶b̶u̶r̶ Martin and she denied the

#122380-NDC-777

1  truth. There was a story broadcast on ABC news on 6 June, 5pm about a "Red Wolf"

2  being born in the zoo, to be released into his natural habitat and the ladies name was Nicole

3  Presley. Doppleganger to A-yard Librarian LTA-Willard. This Robert Presley Center for Crime and Justice

4  being the Robb Elementary School of Uvalde Texas. The story is a teacher open a door at 11:32. it has

5  to do with bearing children and I expanding My mind to literally bridge space and time.

6      On Monday 13 June 2022 on inmate "Clark" (A1-A-3-3up) threatened My life "to poke Me in

7  the ass" possible rape with an instrument, inmate manufacture weapon of some type as I was looking him

8  directly in the eye. He left came back two minutes later and threatend to have Me assaulted by his boyfriend

9  "Ortiz or Johnson" (A1-A-3-3L) and I as speaker of reality told him no. Clark went to the c/o "Camp"

10  and right in front of the officer on Camps. body camera and the A A1 Rotunda camera threatened to

11  have Me "leave on a stretcher." On 6 June at 7pm I was minorly assaulted on A1-A sections

12  two cameras by an inmate MADRID at the request of an "inmate" Robinson (A1-A-10-1L) who

13  goes by the name DT= Deep Throat because he is "Barney" the drunk off the Simpsons and a

14  homosexual, drunk off semen, sodomite, Kings Co. Sheriff Robinson, because of the threat to be assaulted

15  three times (Title 15 § 3341.9 - SHU able offences) I went to Camp and stated I had "safety and security"

16  concerns. I Fear No being Your Honor. I'm Predestinated to live therefore I cannot be conquered or killed

17  by any ~~x~~ man therefore No fear. The fact remains these were felonies committed right in front of a

18  c/o and CDCR did and does nothing. Therefore CDCR, Cisneros, custody staff are condoning

19  violence, felony crimes and Ive reported in 602's A LOT of criminal activity that CDCR does

20  nothing about. This is why I've drawn the Conclusion that this entire setting is fake. Its a farce and

21  sham being orchestrated by my mother Denise and quite frankly its disgusting and sickening. My

22  father, sadly and I'm embarrassed to acknowledge him as such was Saddam Hussein. When the news

23  story of the found him in a hole and the hanged him was the esoteric reporting ~~xxxxxxxxx~~

24  ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ ^Laron Leonard: D= The. Laron means theft, at common

25  law, the breaking and entering, in the nightime, of the dwelling of another with intent to commit

26  a felony therein. Dwelling is a body where our "Soul/Consciousness" dwells. So literally a rapist or

27  sodomite. thus Saddam. Leonards 1987 I-ROC Z-28 Camaro that he gave to Me, has/had

28  the license plate "3REZ253". 3 = the third letter C. Thus CREZ. 25= 25th letter thus

#122380-NDC-777

1  CREZY 3. There were Leonard, his brother, Frank, and first cousins Eddie who molested and

2  raped his daughter Francine and his brother Ronald, Eddie had a license plate CRAZY E. Caetano   S aeton

3  So Kings Co. is Iraq, Leonard was Saddam Hussein and the movie DUNE is true because Hanford

4  Washington supposedly they make Plutonium, Nuclear, Deoxyribonucleic Acid, Real People, Royals

5  of the earth or Arackis and I Kwisatz Haderach the one, When I expand My mind and relax,   Swastka

6  shaking off the "fear" of the order[ed] childhood rape of Me by Travis Caetano and Tigger Thomas at Elm

7  and Laguna Avenue was the attempted Jedi "Death Star" Flying up the "trash shute"; on to this Claim

8  your honor. I believe the man/male "named" Cisneros in Al-A-3-1 Low, inmate, is somehow

9  connected to warden Theresa Cisneros because all of Alpha yard kept sexually harassing Me, asking

10  when was I going to masterbate and "pay" them. The video's of Al-A section dayroom will show for

11  past 45 days or so I been over 21 times a day by various inmates verbally abused mostly from behind

12  Me, acting like their shooting guns, or standing 20 feet away acting like they are "striking/punching"

13  Me. The inmates "Young and Weasel" Al-A-12 1-2 up and Low would physically act out in body motions

14  like they were "fucking" me and I believe ALL of this "harrassment" was at the direction of CDCR

15  custody. Now what can I prove? This claim has to do with I was moved to E yard, Bldg. 1 "for

16  safety" concerns and staff is retaliating against Me for reporting felonies having been done to Me, on

17  camera (3) three times and in the presence of CDCR custody staff. I've been assaulted (5) five times

18  by "cellies" four documented by CDCR, Once attacked by Inmate Froemel with a razor blade    four inch, 11 stich scar on My inner thigh

19  trying to slash/cut My genitals^and because of the physical and verbal abuse "documented" I

20  refuse for My "Constitutional" Article I, Sec 8 "general welfare" to be forced to live and sleep

21  with another male. Custody, El 2/w Rodriguez refises to provide Me a razor to shave thus

22  denying Me basic hygiene and honestly My Honorable Sheila Oberto it is outrageous that CDCR

23  who swore oaths to uphold the law and service and duty to improve the lives of ~~inma~~ inmates

24  for the community yet here I, a lover of truth and morals am retaliated against and

25  punished for reporting felonies. So I ask you Your Honor what COULD society want out of Me?

26  I control Myself, I eat well, I exercise, I strive to learn, History, Law, Truth so I can be a

27  good leader and I'm faced with such oppression. Justice will be had, I met with a Dr. Zavudo

28  yesterday 16 June and we discussed I remaining single cell because of I being assaulted

#122380-NDC-777

1  five times by past cellies and she emailed a CCI Diaz who said they'd be taking Me to committee

2  today Today no committee and then they refused to open My door for noon meds and I had to

3  get Myself out to get them at 3pm, Then they attempted to place a male as a cellie with Me

4  when I'm currently housed without privileges for "safety concerns" while the felons "Clark, Ortiz,

5  Johnson, Camp" are supposed to per Title 15 be in the SHU; so I refused the cellie and a   yet roaming free on A-yard until I sue,

6  Sgt. Rivas told the floor officer to "write me up" for protecting My self. I'm bringing ALL of this

7  to you Your Honor of the Threat to My Safety that I believe is being orchestrated by CDCR

8  custody iF not Denise Alane Burke and her dad Cliff Burke that could be the esoteric Queen

9  Elizabeth as the Jubilee was aired live on ABC yet at 8AM My time the sun was out in London

10  that would be impossible iF London were 14 hours ahead in time. I'm suing the inmates Soliz

11  who physically assaulted, Me, bruised My face, lacerated My skull a felony so in Quo Warranto I

12  will prosecute and I will file Civil Complaints on the inmates and use the video to implicate the CDCR

13  officers proving the retaliation, farce and sham. This claim has to do with why is CDCR, Cisneros allowing

14  felonious activity to go on on A-yard without taking action, that has injured Me, I'm asking you

15  to order warden Cisneros and her agents to cease and desist. I understand this is kind of like?

16  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; I'm

17  asking you Your Honor to order Cisneros, CDCR, CA-State, Co. of Kings to let Me go. To free

18  Me. They wrote Me up for "Refusing a Cellie" violating My Civil Right to safety, I request "Relief Injunctive"
    of over turning this write up and I be allowed to peacefully and safety live without Abuse.

19  4. INJURY: This fake prison, this fake Jim Carey movie "The Truman Show" set is over.

20  I need a court order in writing releasing Me. I filed Writ 22W-0085A that requires the

21  DNA evidence written on the charging document thus the charging document be thrown out, ruled

22  inadmissible, thus freeing Me, My Civil Rights Require you your Honor to order County of Kings to free Me.

23  5. ADMINISTRATIVE REMEDIES:  t I've been "INJURED" by "disciplinary action"

24        a. Are there any Administrative Remedies available at your institution. YES but they are a Joke.

25        b. Did you submit a request for administrative relief on Claim VII (7). YES

26        c. Did you appeal your request for relief on Claim VII to the highest level: Yes

27           multiple times

28

# CLAIM VIII.

1. State the Constitutional or other federal civil right that was violated? First USA Const., Amend. 5 and 14 (V & XIV) of Life, Liberty and Property. "No state shall make or enforce any law which shall abridge the privileges and immunities of citizens of the U.S.". "Equal Protection of the laws". ADA Right to adequate medical care and a choice in medical care, I cannot be discriminated against because of financial ability. Equal Protection 14th Amends. Right.

2. Claim VIII. Identify the issue involved. ☒ Medical Care

3. Supporting Facts: I've placed a medical 602 in on this issue because I requested this "care" back in August of 2021 and the malicious doctor laughed at me. So now its time to assert My Lawful Right to adequate, unbiased medical care, treatment and opinion. I need to be prescribed Adderall for My ADHD. In claim VII that exposing the true truth was really just between you and I your Honor because I know you know the Truth and its time this farce and sham ends. When Chief Justice sent Me the "Consent" form with your name on it I knew I'd find and have Justice and My heart did a little bit of a giddy up. CDCR is "ordered" to provide a "standard" form response about prescribing Adderal yet that in itself not coming from the "treating doctor" is Unconstitutional for they know NOT what the needs of the patient are. Being in a "correctional setting" does not cure My ADHD and and sure as the hell does NOT improve My focus and concentration. Title 15 § 3999.207 Private Consultations. Until I recieve My 315805382 Bond and its $43.7 million dollars I am unable to pay yet 14th Amend. Equal Protection preserves My Right. I request a Court Order and fees payed by the State for a Private Doctor who will opine the prescribing of Adderall for My ADHD need. This the Constitution Requires. I request the Court order CDCR to prescribe Adderall or Order a Private Consult at state expense. I just need to be released and visit Ms. Girardin and see about a family. 14!

4. INJURY: My Focus and Concentration and overall well being requires Adderall prescribed for Me!

5. ADMINISTRATIVE REMEDIES:

    a. Are there any Administrative Remedies available at your institution?  YES

    b. Did you submit a request for administrative relief on Claim VIII?  YES

    c. Did you appeal your request for relief on Claim VIII to the highest level? PENDING.

I need an immediate Court Order Ms. Sheila, Your Honor. Its time to start living.

DATED: Thursday 16 June 2022
sixteenth June Two-Thousand and Twenty-Two
1101 HOURS

#IZZ390-NDC-777

Nathaniel Dwayne Caetano
Nathaniel Dwayne Caetano, Prophet
Page 18 of 25

Without Prejudice, UCC 1-207, All Rights Reserved

# E. REQUEST FOR RELIEF

State the Relief You Are Seeking: Declartory Relief, Injunctive Relief, Jury Trial

1. I want My property to be turned over to Me.

   (a). The package 35001434646-A, an admission of guilt from Cisneros, Kings Co. Board of Supervisors and apologies from all. *Jury Trial and $10,000 in Damages.*

   (b) I want IRS to turn over My IMF/BMF for SSN: 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 and Decoding Book. And return My #7,163.92 in 2008 withholdings.

   (c) I want the U.S. gov. to acknowledge I own My Title #104-80-343027-1600-1727, and thereby Registered Security "104 803 4302" and Bond CUSIP No. 315805382.

   (d) I want the Awarding of Writ 22W-0085A, 09CM3557 REVERSED and to be immediately released on My Own Recognizance.

   (e) I Demand a Jury Trial on all ~~IV~~ (six) claims:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: Thursday 16 June 2022 _____ Nathaniel Dwayne Caetano

DATE: 1101 HOURS                           SIGNATURE/AUTOGRAPH PLAINTIFF

Nathaniel Dwayne-Caetano, Private-Man, Private-Citizen
Name of other person who prepared this complaint

Nathaniel Dwayne Caetano; Attorney-In-Fact   Power Of Attorney #122380-NDC-4 (Notarized 21.6.21)
                                                           #122380-NDC-26 (Notarized 4.5.22)

Signature of Attorney

c/o 900 Quebec Avenue

Corcoran, California [Zip exempt per DMM 122.32]

   Non-Domestic Without the usA

## ADDITIONAL PAGES

Ms. Sheila Oberto, Your Honor, I've included nearly all pertinent facts under each claim and have attach a few additional pages with additional information. The most pressing Civil Right Complaint is the Fraud of Kings County trying to manipulate dates, its court clerks actually committing crimes and the 18 USC §241, §242 conspiring, theft of My package of 7 January 2022.

1. Hello Ms. Sheila. May I address you as Sheila? I understand you've probably worked diligently for your "Title" yet what I've discovered, learned and had My eyes opened to this prior year concerning the true working of our government, the "power" structures that weild influence over the lives of so many people, "Californians", "Americans" or however one wishes to "designate" the people I've seen with My own eyes, and the monstrosity of deception, deciet and fraud it makes Me very very sad and a little bit sick to My stomach. That being said if I'm addressing you by your first name it's Me giving you sincere respect and honor.

2. This is My "First Amended Complaint" and after proof reading the original I deem it necessary to clean up some of the "crazy". For the record I stand by EVERYTHING I wrote in the original and also understand it becomes a matter of what I can currently prove. I will prove it all in the due course of time but for right now on the cover sheet I listed four defendants. Defendant #2 the Robert Presley Center is the Robb Elementary School in the esoteric story of Uvalde Texas "shooting." I am dropping defendant's number one and two. This is evidenced on page one of the First Amended Complaint. I am adding and/or joundering the IRS, Internal Revenue Service and its commissioner Charles P. Rettig, as defendant #3, the General Service Administration of the U.S. as defendant #4, and the Securities and Exchange Commission as defendant #5. I've read prior that to conserve judicial resources, the practice of combining cases, claims and defendants is sometimes best. I'm going to put it all on paper here and see what you have to say about it.

3. Defendants 3-5 (IRS, GSA, SEC) have all been sued in your E.D. Cal. court in "Civil Complaints". Those claims have to do with these usA gov. agencies refusing to acknowledge or respond to My multiple Freedom Of Information Act request, under 5 USC § 552. As I understand it I as an American National, have right to sue them not only for the requested information, but also for $1,000 per request. I sent Certified Trust Account Statements for the waiver of fees as outlined in §552 thus a request up to 5,000 pages is to be filled. Thus Ms. Sheila the drain on judicial resources are their, the usA gov. agencies fault and I am hereby requesting court costs and attorney fees be paid by each defendant as I spend nearly all My days doing this damn legal work having to plead, argue and fight for what are My already established RIGHTS! I keep a log book of all the time

#122380-NOC-777

Page ~~18~~ of ~~25~~ 25
20

1    I spend researching law on the kiosk, cumenacting and practicing law as My own Attorney-

2    In-Fact for NATHANIEL DWAYNE CAETANO(c)TM-R, debtor to I, Nathaniel Dwayne

3    Caetano, Creditor (See Private Security Agreement #122380-NPC-1, Notarized 21 June 21),

4    Power of Attorney #122380-NOC-4, Common Law Copyright Notice #122380-NDC-2, Hold Harmless

5    and Indemnity Agreement #122380-NOC-3 all Notarized, 21 June 21).

6    4. The IRS claim is simple. I've requested (4) four times, by mail and because of My

7    current status am unable to use "certified or registered" mail yet I swear I have, for the

8    IRS and Charles P. Rettig to turn over complete unabridged transcripts of My, NATHANIEL

9    DWAYNE CAETANO, Date of Birth: 23 Dec. 1980, Social Security Number 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,

10    Individual Master File and now also My Business Master File (IMF, BMF) and the Decoding

11    book because the IRS uses "codes".

12    5. Second is because I filed to have: I worked the entire 2008 year. My life and shit hit

13    the fan in 2009 and I failed to file My 2008 taxes. So two months ago I filed to have the

14    entire $4,109.00 the IRS withheld in Federal income tax reimbursed on the following grounds

15    and legal precedence. Upon second thought I believe I'm also owed the $3,054.92 they withheld

16    for the Social Security Tax too. A total of $7,163.92, Pursuant to:

17      1. Wages are My property and not subject to income tax.

18      "[The IRS] taxes only income "derived" from many different [U.S.] sources; one does

19        not 'derive income' by rendering services and charging for them."

20          —Edwards vs. Keith, 231 Fed. Rep. 113

21      2. "Income excludes wages, salaries, tips".

22        — Groves vs. People of N.Y. exrel O'Keefe, 59 S. Ct. 595 (1939)

23      3. "...an estate or trust, as the case may be, the income of which comes from sources "WITHOUT" the

24      [federal] United States which is not effectively connected with the [performance of the functions of

25      a public office] within the [federal] United States, is not includible in gross income under Subtitle A.

26        — IRC, Title 26 USC § 7701(a)(31)

27      4. "[the federal United States] is a for profit corporation which 16 Stat. 419 created by the name

28      District of Columbia." — District of Columbia vs. Cluss, 103 U.S. 705, 26 L. Ed. 455.

#122380-NDC-777

5. "The [federal] United States government is a foreign corporation with respect to a state."

     — In re Merriam, 36 NE 505, 141 N.Y. 479, Affirmed 16 S. Ct. 1073, 163 U.S. 625, 41 LEd. 287

6.  26 Code Federal Regulations; 26 CFR 1.911-2(h)

     "foreign country" to include any "state" Republic

7.  31 CFR Ch. 1, 51.2(q)

     "State government means the government of the 50 State [capital "S"] governments

     or the District of Columbia,

8.  Article II, Articles of Confederation

     "Each state retains its sovereignty, freedom and independence, and every power, jurisdiction,

and right, which is not by this confederation, expressly delegated to the United States."

9.  Constitution for the usA [4:2:1]

     "The Citizens of each State shall be entitled to all Privileges and Immunities of

Citizens in the several States."

10.  #6 above to be more clear is quoted as: 26 CFR 1.911-2(h)

     "The term 'foreign country' when used in a geographical sense includes any

territory under the sovereignty of a government other than that of the [federal]

United States." California is thus a "foreign country" in respect to the federal U.S. corp.

11.  "There is no such thing as a citizen of the United States. One must first be a Citizen

of a state, and by reason of this Citizenship one is then a citizen of the united

states [of America].

     — Ex Parte Frank Knowles, 5 California Reports 300. (1855)

12.  California Government Code 8.54950 - Declaration of Public Policy

Clause/Paragraph #2: "The People of this State do not yield their "SOVEREIGNTY" to

the agencies which serve them. The people, in delegating authority, do not give the public

servants the right to decide what is good for the people to know and what is not good

for them to know. The people insist on remaining informed so that they may retain

control over the instruments they have created."

6. For all of the above reasons I, Nathaniel Dwayne Caetano, born 23rd day of the

1  December month in the year 1980 having Accepted For Value, claimed and recorded as

2  the Registrant of California State's "CERTIFICATION OF VITAL RECORD" numbered

3  "104-80-343027-1600-1721" am thus an American National and a Sovereign

4  "State" Citizen and having pursuant to Title 15 USC, Ch.1, Sec. 17, "proposition that

5  the labor of a human being is not a commodity or article of commerce" and by the above

6  Supreme Court of the usA rulings the "wages" I earned in 2008 are My property and were

7  derived solely from within California, a "foreign country" according to 26 CFR 1. 911-2(h),

8  that therefore the $7,163.92 cents the IRS and federal usA government withheld in

9  2008, bearing interest, I now request its return and reimbursement in full and interest.

10  Tell you what I'll just take the return of the $7,163.92 that is lawfully My property, please.

11  7. The suits against the SEC, GSA are both under the FOIA and I requested the

12  records of every Miller Act Bond created in California using Standard Form 24, 25, 25A,

13  273, 274, 275 between 06/16/2011 and 09/16/2011. These records have to be

14  filled without question up to 5,000 pages, period. Pursuant to 5 USC § 552.

15  8. This 42 USC § 1983 is kind of technically being brought under 18 USC § 242

16  because I believe your Honor that I am being discriminated against and subjected

17  to "different punishments, pains, or penalties on account of such inhabitant being an alien, or by

18  reason of his color, or race, than are prescribed for the punishment of citizens" and because of
    a timing of birth.

19  the case of My Access SecurePak Package clearly having been recieved by CSATF-SP and thus

20  defendant #1 Theresa Cisneros and her delegated authority agent and CSATF's actual documentary

21  records proving I, Nathaniel Dwayne Caetano never recieved it and CSATF never returning it

22  where Theresa Cisneros denied My claim with her signature and the Kings County Board of

23  Supervisors denying My Government Claims on this subject this proves "two or more persons

24  conspiring" under 18 USC § 241 "to injure, oppress, threaten, or intimidate any citizen in the

25  free exercise or enjoyment of any right or privileged secured to him by the Constitution or the laws

26  of the United States." therefore I bring this 42 USC § 1983 complaint on Theresa Cisneros,

27  CDCR, State of California and County of Kings for conspiring together when the documentary

28  evidence on paper, shipping manifests, invoices prove CSATF- CDCR and its employee agents

#722380-NDC-777

1   are guilty of the theft of My personal, private commercial property and your Honor to

2   the degree that the warden nor the "Board of Supervisors" refuse to acknowledge the

3   obvious proven on paper I now believe they collectively are conspiring against Me and

4   there is enough evidence to warrant a JURY TRIAL on this issue as only a Jury can

5   determine punitive damages and most of it your honor I want My day in Court at a

6   Public Trial on this issue and to place these defendants and witnesses on the stand, My

7   Due Process Right to face My accusers and cross examine them. It shall be mentioned

8   Civil Complaint in State Court, County of Kings Superior Court has been instituted yet your

9   honor as I've elaborated I believe these are as shown Federal Civil Rights violations and I

10  request a Federal Jury Trial.

11  9. Next your Honor I've instituted in your E.D. Cal. a Federal Diversity of Citizenship

12  Complaint against the Depository Trust Company/Corporation (DTC/DTCC) located at

13  55 Water Street, New York, N.Y. 10041 and I will as soon as I recieve that case

14  number "joinder" the Fidelity Life Insurance Company because of the Bond bearing

15  CUSIP Number 315805382 that is in Mutual Fund Number 00104, having the Symbol

16  "FLSCX" that I believe stands for "Fidelity Life Small Cap Fund" that is based

17  off the Registered Security "104 803 4302". The nuts and bolts of the matter is this

18  your honor. That CUSIP Number "315805382" Bond's Registered Security "104 803 4302"

19  is Mine because it is the product of My life, energy, Res and I challenge Fidelity Life

20  and the DTC to in a court of law present the "Registered Security" that is the basis

21  of the Bond because those "104 803 4302" are merely the first ten Digits of My "Bill

22  of Lading" CERTIFICATION OF VITAL RECORD ~~VITAL RECORD~~ [104-80-34302] 7-1600-1721

23  as defined in the "Carraige of ~~Sea~~ Goods ~~Title~~ Sea Act" and the Appendix of Title 46 United States Code

24  10. Look Ms. Sheila, your Honor it is not My intention at all to blow all of this out of the

25  water. I am claiming what is by law, on paper, My Right and Property. I'm not here to go public,

26  I though shall have what is Lawfully Mine, That Bond, CUSIP Number "315805382" has an

27  NAV of 43.70 meaning its value is $43,700,000.00 USD, .999 silver dollars, par value in

28  gold. The 300,000,000 other "Bonds" the U.S. gov. sold they can have, but Mine, numbered

#122390-NDC-777                                          Page ~~25~~ of ~~25~~ 25
                                                              24

1  3158053B2 I am hereby claiming, requesting and ordering it to be turned over to I, Nathaniel
2  Dwayne Caetano as I have all the notarized documentary evidence proving My legal
3  standing and Lawful Ownership of Registered Security "104 803 4302". The California
4  Department of Public Health, Vital Statistics has Nathaniel Dwayne Caetano, I, as the
5  Registrant. No other "human" and definitely not an "agency of the federal United States
6  Corporation" or any other corporation has any right to claim what amounts to be the product
7  of My life, res, energy and actions. I'm awaiting the Registration Number from the CA-SOS
8  for My registered trademark NATHANIEL DWAYNE CAETANO, I'm waiting on the Notary to
9  file My Fictitious Business Name with Kristine Lee, County of Kings Recorder and My
10 UCC-1 Financing Statement claiming all these "items" of collateral as Secured Party
11 creditor #122380-NDC-C01 is ready to be filed with the CA-SOS yet the fact Remains
12 Notarized Private Security Agreement #122380-NDC-1 makes Me Nathaniel Dwayne Caetano,
13 Secured Party Creditor of NATHANIEL DWAYNE CAETANO, Debtor. Also the Writ of
14 Mandate in the 9th Circuit where it gave the short title: Nathan Caetano vs.
15 USDC-CAER, what is that CAFR? It seems to Me to stand Conditional
16 Acceptance For Value Return For Value and that is pending in case #22-70094
17     I've laid all the facts I swear My life on as being the God honest truth. And to
18 be honest your honor the extra punishment, deception, lies that County of Kings, CDCR,
   have done to Me,
19 Cisneros and CSATF's Alpha yard has very much hurt Me. My innocence and trust
20 in the system. As you must admit Ms. Oberto, you want "Your Honor" to be respected
21 correct? And I do agree, yet you must also then admit with ANY respect or honor it all begins
22 with Truth, honesty and Love. And its on these grounds that the fraud, deception, retaliation
23 that I've been the target of and witness to is why its high time I be released so I can
24 begin a True education to learn the true law, the true workings of government and
25 reality. Under CA-PC §1473(b)(2), §1476, §1481 I'm owed under the common CA law a
26 release from CDCR custody prior to this coming Thursday, 23 June 2022, 1130 HOURS!!!
27     16 June 2022                                    Nathaniel Dwayne Caetano
28 Dated: Sixteenth June Two-Thousand and Twenty-Two-CE   Nathaniel Dwayne Caetano, Attorney-
      1103 HOURS                                              In-Fact, SPC, American National
   #122380-NDC-777          Page 25 of 25      Without Prejudice, UCC 1-207, All Rights Reserved

RECEIVED

JUN 27 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
          DEPUTY CLERK

June 22

To: Keith Holland- Clerk- USDC - E.D. CA

RE: Filing this "First Amended Complaint"

    First I apologize for using "double" sided paper yet I'm being illegally retaliated against and held in segregation on "Orientation" for possibly up to a "month" therefore NO law library access, no paper even though CDCR is to supply it with indigent envelopes, no pleading paper, AND NO COPIES. This is technically in claim seven.

    This IS an Extraordinary Circumstance and you and I both know the law does not require Me to "wait a month" to file in Court for Emergency Injunctive Relief as My Amend. 5 and 14 Due Process give I Lawful legal Right to immediately file in a Court of Competent Jurisdiction to preserve, establish and ensure My Civil Rights are acknowledged, Respected and served. I cleaned up the original "E-Filed" Civil Rights Complaint. This entire complaint will probably move forward on My Claim I, Access SecurePak Package because Esoterically that "package" was "staged" to represent My CA- CERTIFICATION OF VITAL RECORD #104-80-343027-1600-1721 being a "Title", 46 USC Appendix "Carrage of Goods Sea Act" a "Bill of Lading" for My body a Title 18 USC § vessel being they "staged" the "Robbery Ashore" on Jan. 7, 2022 where 7 Jan. 1981 the CLB was Officially registered. To use the word "stolen" though is also "stolon" meaning "RUNNER"- a horizontal branch from the stem of a plant that produces new plants" being a "Pedigree" and "births" where "collateral" means "descended from the same ancestors but not in the same line" where My Girlfriend said her "new phone" that cost 1400 dollars was stolen meaning Kings County government center located at 1400 West Lacey Boulevard "stole" My "life" or Courtney Machado, or the Memo of Gray Boxer shorts from Access with an Iridescence sheen resembling CDCR "jumpsuits" number (SKU-80352-02) being Me and having children and the Joshep "coat of many colors" and I'm so so very fucking tired of these

1

games and frauds that amount to criminal activity based upon
18 USC §241 and 18 USC §242. Everyone fucking knows they
the government after I Accepting for Value 09CR43557 and
returning it for Value have NO Right to incarcerate Me.

Look I did not come up with the scheme to monetize
and commercialize prison sentences and thereby they created
the Remedy of Satisfying the Judgments and sentences monetarily.
They the gov. did and then when it comes to Me using this
Remedy they attempt to deny its existence yet they love the money
they are making off the fraud. Look I'm not threatening violence
as God help Me but I know the Truth AND I know that
You know the Truth and I know that you know I know you
know and you All are pushing Me so close to the brink.

Clerk Mr. Holland I maxed out My 25 page limit for
the First Amended Complaint but is there any way you can
please please include this letter with the 1:22-cv-00687-SKO-PC
complaint because I would actually like the Magistrate Judge
to read this and consider it. Also I had to hand write the entire
25 pages that took (3) complete 10 hour days. I thereby have NO
copy for My records yet I must file this ASAP. I know its not "regular"
practice but please as I declare under the penalty of perjury all the above
is the absolute truth and because of this DUE Process violating Extraordinary
Circumstance will you please file the 25 pages and this two page letter
as a Cover Sheet because Ms. oberto; Honorable Magistrate, needs to read
the facts I've written in this letter AND then make "One Conformed Copy"
and mail it to Me. I know I know not routine practice yet Extraordinary
circumstances and Justice requires this courtesy, please. Thank You Sir/Mamm.

Respectfully
Nathan Gaetano

Dated: 22 June 22                    2

## Verification.

I, Nathaniel Dwayne Caetano, real Man, Attorney-In-Fact and over the age of 21, competent to have stage stated the matters herein do declare under the penalty of perjury of the state of CA and USA that it all is the Truth, the Whole truth and nothing but the Truth so please Avege Me Lord God Almighti Written in corcoran, county kings, land California this 22 day of June month year 2022.

Respectfully declared,
Nathaniel Dwayne Caetano

Dated: 22 June 2022

*Nathaniel Dwayne Caetano*

## Proof Of Service By Mail

Unfortunately I am only able to serve this into the Court record because I'm being held what amounts to incommunicado for "up to a month" and therefore I had to use "scratch" paper, the blank backs thereof to make pleading 28 had paper to even write the Civil Rights Complaint First Amended therefore I'm unable to serve any of the 5 defendants. I've requested a CONFORMED COPY be made by the Court Clerk and returned to Me so once off "segregation" I can then make the copies and serve the defendants. I've served

U.S. District Court
Eastern District of California
2500 Tulare Street, Room # 1501
Fresno, CA 93721

Dated: 22 June 22

*Nathaniel D. Caetano*